**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland, MARYLAND POLICE TRAINING AND STANDARDS COMMISSION, PRINCE GEORGE'S COUNTY, MARYLAND, and MONTGOMERY COUNTY, MARYLAND,<br><br>Defendants. | Civ. No. 1:26-cv-04110-JRR<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED** |

Plaintiff, the United States of America, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 65 and Local Rule 105, hereby moves this Court for a Preliminary Injunction restraining and enjoining Defendants, their agents, servants, employees, and all persons acting in concert with them, from implementing or enforcing (1) S.B. 1, 2026 Leg., ch. 612, 2026 Md. Laws ___ (codified at Md. Code Ann., Pub. Safety §§ 3-207, 3-535, 3-536 (2026)), (2) Prince George's Co., Md. Code § 18-124, and (3) Montgomery Co., Md. Code § 35-13E (hereinafter collectively referred to as the "Challenged Laws"), as to federal agencies and their federal officers.

This Motion is supported by the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and attached declarations. Plaintiff further states as follows:

1. Plaintiff is filing a Complaint concurrently herewith, establishing a strong likelihood of success on the merits regarding whether the Challenged Laws violate the Supremacy

Clause of the U.S. Constitution, specifically whether implementing or enforcing the Challenged Laws against federal law enforcement officers constitutes unlawful regulation of the Federal Government in violation of the intergovernmental immunity doctrine.

2. Plaintiff will suffer immediate and irreparable harm in the absence of preliminary injunctive relief because the Defendants seek to regulate the Federal Government in violation of the Supremacy Clause, which constitutes a sovereign injury that cannot be remedied with monetary damages. Moreover, Plaintiff will suffer immediate and irreparable harm in the absence of preliminary injunctive relief because implementing and enforcing the Challenged Laws will adversely affect the safety of federal law enforcement officers and the operational effectiveness of federal law enforcement agencies, as more particularly described in the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

3. The balance of equities tips decidedly in Plaintiff's favor because the harm to Plaintiff outweighs any potential hardship or inconvenience to Defendant.

4. An injunction is in the public interest because there is no public interest in implementing or enforcing unconstitutional laws.

As set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, Plaintiff meets all four prerequisites for the issuance of a preliminary injunction under *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008).

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant this Motion for Preliminary Injunction;

B. Enter the accompanying Proposed Order; and

C. Grant such other and further relief as this Court deems just and proper.

DATED: October 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

*/s/ Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director (DC Bar No. 44423)
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste 6400 South
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing Motion for Preliminary Injunction with the Clerk of the Court using the CM/ECF system. Because Defendants have not yet appeared in this matter, in addition to sending a copy of the foregoing via certified U.S. Mail (with return receipt), the undersigned sent courtesy electronic copies of all pleadings herein to the following email addresses.

1. For Defendants State of Maryland, Anthony G. Brown, and Maryland Police Training and Standards Commission, a courtesy copy was provided via email on October 1, 2026, to:

   Office of the Attorney General
   civil_service@oag.maryland.gov

   Robert A. Scott, Chief of the Civil Division
   rscott@oag.maryland.gov

   Carolyn A. Quattrocki, Chief Deputy Attorney General for Governance & Litigation
   cquattrocki@oag.maryland.gov

2. For Defendant Prince George's County, a courtesy copy was provided via email on October 1, 2026, to:

   Anthony D. Jones, County Attorney
   adjones@co.pg.md.us

   Stephen Williams, Deputy County Attorney
   sawilliams@co.pg.md.us

3. For Defendant Montgomery County, a courtesy copy was provided via email on October 1, 2026, to:

   John P. Markovs, County Attorney
   john.markovs@montgomerycountymd.gov

   Edward B. Lattner, Deputy County Attorney
   edward.lattner@montgomerycountymd.gov

   Patricia Haggerty, Chief of the Division of Litigation
   patricia.haggerty@montgomerycountymd.gov

*<u>/s/ Robert O. Lindefjeld</u>*
Robert O. Lindefjeld
Assistant Director (DC Bar No. 44423)
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste 6400 South
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov
*Attorney for the United States of America*