# Ex. A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, *et al.*,<br><br>Defendants. | No. 1:26-cv-04110-JRR |

**DECLARATION OF JIMMY PAUL**

I, Jimmy Paul, declare as follows:

1. I am the Special Agent in Charge of the Baltimore Field Office, Federal Bureau of Investigation (FBI), United States Department of Justice. I am responsible for the management and operations of the FBI in Maryland and Delaware.

2. I make the following statements based on my personal knowledge and information made available to me in my official capacity and my conclusions have been reached in accordance therewith.

3. I submit this declaration in support of the United States' claims and motion for a preliminary injunction in this case. I understand the United States seeks to enjoin the enforcement of portions of (1) Maryland's recently approved Senate Bill 1 (SB1), (2) Montgomery County Expedited Bill 5-26 (M-5-26), and (3) Prince George County Emergency Bill CB-0080-2026 (CB-8-2026) (collectively the "Maryland Bills") against the federal government.

## THE FBI'S MISSION

4. The FBI is the primary investigative agency of the federal government with authority and responsibility to investigate all violations of federal law not exclusively assigned to another agency, to conduct investigations and activities to protect the United States and its people from terrorism and threats to national security, and to further the foreign intelligence objectives of the United States. *See, e.g.*, 28 U.S.C. § 531 *et seq.*; Executive Order 12,333; 28 C.F.R. § 0.85.

5. The FBI's mission is to protect and defend the United States against terrorist and foreign intelligence threats, to uphold and enforce the criminal laws of the United States, and to provide leadership and criminal justice services to federal, state, municipal, and international agencies and partners. In order to defend the country from a range of national security and major criminal threats, the FBI uses an intelligence-driven and threat-focused approach, combining its investigative and intelligence operations to be more analytical and preventative, more aware of emerging threats, and better able to stop them before they turn into crimes, including acts of terrorism.

## THE MARYLAND BILLS

6. I understand SB1 repeals and reenacts with amendments Annotated Code of Maryland, Article – Public Safety, §§ 3-201(a) and (b), and adds to §§ 3-207(p), (q), 3-535, and 3-536, to require the Maryland Police Training and Standards Commission to develop a uniform policy to prohibit law enforcement officers from concealing their identities, require officers to visibly display their badges and other identifying information, prohibit the impersonation of officers, and provide for civil enforcement of violations, all under certain terms and conditions.

7. I understand SB1 §§ 3-535(D)(1) and 3-536(D) provides for civil penalties for conducting potentially legitimate federal law enforcement activity in Maryland. I also understand there are limited exceptions to the bill.

8. I understand M-5-26 added to Montgomery County Code Chapter 35, Police, §35-13E, to prohibit law enforcement officers from concealing their identities and require officers to wear identification while on duty, all under certain terms and conditions. M-5-26 §3 provides for the sunset of the bill upon the adoption of the uniform policy as required by SB1.

9. I understand M-5-26 §1 includes §35-13E(g) which indicates that Office of the County Attorney may enforce a violation of this ordinance and make any appropriate referrals to third parties for conducting potentially legitimate federal law enforcement activity in Maryland. I also understand there are limited exceptions to the bill.

10. I understand CB-8-2026 repealed and reenacted with amendments Prince George's County Code, Subtitle 18. Police, §18-124 to prohibit certain law enforcement officers from concealing their identities with violations punishable by imprisonment and/or a fine, all under certain terms and conditions.

11. I understand CB-8-2026 §18-124(d) provides penalties for conducting potentially legitimate federal law enforcement activity in Maryland. I also understand there are limited exceptions to the bill.

12. Enforcement of the above-described Maryland Bills against the FBI could reasonably be expected to harm or endanger the lives or physical safety of FBI Special Agents and their families.

13. Displaying a Special Agent's personally identifying information (PII) (e.g., face, name, badge) during an investigation or operation could subject the Special Agent and his or her

family to unwarranted attention, threats, and harassment, or endanger their lives or physical safety. The FBI's concern regarding the vulnerability of Special Agents and their families being targeted for harm is considerably heightened by the increasing availability of Special Agents' PII on the Internet. Internet access to a Special Agent's PII poses a real threat that third parties will access the information, engage in data mining, identity theft, and other crimes, and seek to inflict violence on the Special Agent or his or her family in retaliation for the Special Agent's participation in an investigation or operation.

14. The FBI does not base these officer safety concerns on idle speculation. FBI Special Agents around the country have been targeted for harm, including harassment, assault, and murder. For example, I understand that an FBI agent earlier this year was forced to abandon his FBI vehicle when a crowd of protestors rushed a group of federal law enforcement agents. I further understand that the crowd subsequently vandalized the vehicle and stole the agent's personal items, including his FBI credentials and driver's license. I understand that his name and local address were subsequently posted online. Additionally, I understand that the threats to the agent and his extended family, via social media and U.S. mail, have continued, necessitating the need for FBI protection measures.

15. Enforcement of the Maryland Bills against the FBI also could reasonably be expected to harm national security and the integrity of ongoing and future FBI investigations or operations, and risk circumvention of the law.

16. For example, an FBI Special Agent may conduct surveillance operations to obtain investigative intelligence relevant to an investigation. The law enforcement techniques used to conduct these surveillance operations may involve the same techniques used by the FBI in ongoing criminal and national security investigations. Disclosure of non-public details about who, when,

how, and under what circumstances the FBI conducts surveillance would allow subjects of FBI investigations and other potential criminals to develop and use countermeasures to defeat or avoid different types of surveillance operations, thus rendering the techniques useless to the FBI and other law enforcement agencies. This is especially true because the success of surveillance hinges on an investigator's ability to remain undetected or unidentified. Revealing non-public details about the FBI's methodology for conducting surveillance and the agent's identity, whether by face, name, or agency association, during the operation, would jeopardize the FBI's ability to conduct surveillance covertly and risk circumvention of the law.

17. In order to mitigate these harms and threats to officer safety and the effectiveness of FBI investigations and operations, it is essential that FBI Special Agents have discretion to wear masks and otherwise protect their identities, and in some instances their association with the FBI, from public disclosure, where they deem it appropriate to do so.

**CONCLUSION**

18. Based on my consideration of the matter, I have concluded that enforcement of the above-described Maryland Bills against the FBI could reasonably be expected to cause significant harm to the FBI's ability to carry out its mission. Therefore, FBI Special Agents in the Baltimore Field Office will disregard the above-described Maryland Bills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2026.

JIMMY PAUL
Special Agent in Charge
Baltimore Field Office
Federal Bureau of Investigation