# Ex. 2

**PTSC September 2, 2026**

**MOTION To:** **accept uniform policy based on current recommended draft, with implementation date of October 1**

**MADE BY:** **Lambirth**

**SECONDED BY:** **Gibson**

**use X for each to auto calculate**

| Member Name | Yay | Nay | Abstain | Absent | Notes |
|---|---|---|---|---|---|
| Lt. Colonel Ronce Alford<br>MDTA PD, Regional Representative | X | | | | |
| Chief Amal Awad<br>Anne Arundel Police Department, Regional Representative | | | | X | |
| Chief George Bacom<br>Chairman, MML Executive Association | X | | | | |
| Lt. Col. Rosemary Chappell<br>Representing Colonel, Department of State Police | X | | | | |
| Lt. Col. Matt Corell<br>Representing Commissioner Richard Worley, Baltimore Police Dept. | X | | | | |
| Sheriff Jim DeWees<br>Representing the President, Maryland Sheriff's Association | | | | X | |
| Chief Dan Franklin<br>President of the Police Chiefs Association of PG Co. | | X | | | |
| Mr. Colin Fraser<br>Citizen of the State | X | | | | |
| Ms. Khalilah Harris<br>Policing Standards Expertise | | | | X | |
| Ms. Zenita Hurley<br>Representing the Attorney General | | | | X | |
| Mr. Raymond Kelly<br>Community Policing Expertise | | | | X | |
| Deputy Sheriff D'Warren Lambirth<br>Prince Georges County Sheriff, Regional Representative | X | | | | |
| Ms. Ganesha Martin<br>Citizen of the State | | | | X | |
| Mr. John Moses<br>Wor-Wic PAC – Criminal Justice | X | | | | |
| SAC Jimmy Paul<br>Special Agent In Charge, FBI Baltimore | X | | | | |
| Ms. Susan Radcliffe, LCSW-C<br>Mental Health Expertise | | | | X | |
| Lt. Mike Shier<br>Representing Clyde Boatwright, President, State Fraternal Order of Police | | X | | | |
| Chief Stephen Yates<br>President, Maryland Chiefs of Police Association | X | | | | |
| Mr. Richard Gibson<br>Representing the Maryland State's Attorneys' Association | | | x | | Abstain unless tie |
| **TOTALS** | 9 | 2 | 1 | 7 | |

Robert's Rules of Order Newly Revised specifies that names for a roll call vote are called in alphabetical order, with the presiding officer (chair/president) called last