# Ex. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04110-JRR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MARYLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOHN P. MARKOVS, COUNTY ATTORNEY**

I, John P. Markovs, being over the age of 18, do solemnly affirm under the penalties of perjury that, based on my personal knowledge, the contents of this document are true and correct:

1. I am the County Attorney for Montgomery County, Maryland. Under Section 213 of the Montgomery County Charter, the County Attorney is the chief legal officer of the County. My office is located at 101 Monroe Street, Third Floor, Rockville, Maryland 20850.
2. The Office of the County Attorney prosecutes enforcement of the Montgomery County Code. Enforcement of Montgomery County Code § 35-13E is committed to my office under § 35-13E(g).
3. In my role as County Attorney, I direct and oversee the specialized divisions of the Office of the County Attorney, including the Assistant County Attorneys who prosecute code enforcement. Given my role as the County Attorney, I am aware of the code enforcement cases that are prosecuted by my office.

4. The Office of the County Attorney did not prosecute any code enforcement cases under § 35-13E against any federal law enforcement officer during the period it was in effect or following its expiration.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE AND CORRECT. 28 U.S.C. § 1746.

Executed on October 26, 2026.

_/s/*______________________________
John P. Markovs
County Attorney
Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, Maryland 20850

*Counsel hereby certifies that he or she has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.