# Ex. 4

Maryland Police Training & Standards Commission Meeting

September 2, 2026

RICHARD GIBSON: Sounds good to me. Let's begin. I don't have any agenda before me, so I'll rely on you.

UNIDENTIFIED SPEAKER 1: Sir, we actually had three things on the agenda. But given the scope of what we have to talk about and some other conversation I've had offline dealing with the security guard regulations, we're going to table those until the October meeting and just focus on this.

RICHARD GIBSON: Okay. Well, can we then have a roll call to make sure that we have enough people officially for the record.

UNIDENTIFIED SPEAKER 1: Yes, sir. Ms. Johnson.

MS. JOHNSON: All righty. Lieutenant Colonel Alford.

RONCE ALFORD: Present.

KATIE JOHNSON: Chief Alwood. Chief Bacorn.

GEORGE BACORN: Present.

KATIE JOHNSON: Lieutenant Colonel Correll.

MATT CORRELL: Present.

KATIE JOHNSON: Sheriff DeWees. Chief

Franklin.

DAN FRANKLIN: Present.

KATIE JOHNSON: Mr. Fraser.

COLIN FRASER: Present.

KATIE JOHNSON: Mr. Gibson.

RICHARD GIBSON: Present.

KATIE JOHNSON: Ms. Harris. Ms. Hurley. Colonel Jackson.

MICHAEL JACKSON: Present.

KATIE JOHNSON: Mr. Kelley. Deputy Sheriff Lambirth.

D'WARREN LAMBIRTH: Present.

KATIE JOHNSON: Ms. Martin. Mr. Moses.

JOHN MOSES: Present.

KATIE JOHNSON: Special Agent in Charge Paul.

JIMMY PAUL: Here.

KATIE JOHNSON: Ms. Radcliffe. Mr. Shier.

MICHAEL SHIER: Present.

KATIE JOHNSON: And Chief Yates.

STEPHEN YATES: Present.

KATIE JOHNSON: All right.

UNIDENTIFIED SPEAKER 1: All right. Mr. Gibson, we do have a quorum.

RICHARD GIBSON: Mr. Silver, the floor is yours. Lead us through what remains in the agenda.

WAYNE SILVER: So, ladies and gens, if you remember our last Commission meeting, we decided to table the approval of the uniform policy for face masks and identification to give some additional time for individuals to provide recommendations. So we delayed it for two weeks, actually turned into three weeks because we did not have a quorum last week.

In that time, ladies and gentlemen, we have received four additional recommendations. So what I would like to do, if it's good for the body, is basically just go through what those four additional recommendations are, how we address them, and then move to the document itself. Is that good with you, Mr. Gibson?

RICHARD GIBSON: Yes, it is.

WAYNE SILVER: All right. Thank you, sir. All right. So we received a recommendation from Gaithersburg Police Department dealing with the language in Section V, which is, "An active field emergency or imminent demonstrable threat to the health and safety of an officer requires

identification to be temporarily obscured. Deviation from policy is permitted." Their language and a similar language in B.

Their concern with this was that we said temporarily obscured, where you could have a situation where, for example, if an officer is doing a water rescue where they're taking off their masks and they're not obscured; they're actually taking it off.

So Commission staff looked at that and our proposal to address that recommendation is change the language from obscured to temporarily removed after obscured. So it would say, obscured or temporarily removed to address that concern.

Recommendation, the next one we received from Hyattsville. It was a follow up to the email regarding propose statewide policy on face masks; it's just an edit to face coverings. Section IV based of off Section B(ii) on Page 3, add the collection of evidence, which is done at crime scenes by some officers, technicians collecting. In other words, if an officer did not want to upset the integrity of the crime scene, they may, in fact, have a mask on to do

that.

Our proposed language to deal with that recommendation, ladies and gentlemen, is to add medical grade, surgical, or other protective mask, one, to protect against transmission of disease and infection and add to that language, or when reasonably necessary to safely correct, process, or handle evidence.

RICHARD GIBSON: Mr. Silver, doesn't -- the copy I have for face coverings, Section IV, says a protective mask necessary to safely collect, process, or handle evidence. Doesn't that cover the same thing; isn't it redundant?

WAYNE SILVER: No. Actually, sir, that's because we've added the language to the copy you have.

RICHARD GIBSON: Oh, all right.

WAYNE SILVER: Obviously, we're doing the highlights of why we made those changes, sir.

RICHARD GIBSON: Got it.

WAYNE SILVER: The next recommendation we had was the language where we wrote that the officer would have to have visible the officer's last name, badge number or identification number, the officer's agency or department. We had also

added agency badge. The law does not require the agency badge to be visible. So one way we could change that is to take out the official agency badge and just go with the three that are in the law.

Commission staff talked about this, sir, and we would recommend that even though it's not in the law, that we maintain that an officer's badge or a facsimile of the badge should be visible because that's the officer's -- you know, that's under the color of law, that's what identifies them as a law enforcement officer. So we're recommending that we not address this recommendation and that we maintain the language regarding the official agency badge. Although we stand by this as a Commission, if you would like us to take that out, we can. And if you'd like, we can address it once we get into the document.

And finally, ladies and gentlemen, the last time we received and dealt with this, actually these face coverings, where it says in V-C, official -- this section does not apply to a law enforcement officer working in an undercover capacity in plainclothes in a non-uniform status,

on a covert investigation or while off duty.

We modified that when we were in the subgroup and used the same language that we used in the identification. Although with this recommendation, you kind of see now that it really doesn't fit with what the law says. So our recommendation is to agree with the recommendation and we reworded that to only accept undercover capacity and covert investigations, not while off duty. Off duty is addressed in a separate section.

So that is the additional recommendations we received, ladies and gentlemen, and if we could, Mr. Gibson, we'd be happy to go over the document itself now, sir.

RICHARD GIBSON: Are there any questions or concerns raised upon Mr. Silver just raised?

GEORGE BACORN: Let me get this thing working. There we go. How's everybody today? Just going back to the Section V for the badge, couldn't we address the issue that the agency had and just take out 3, change the name of the law enforcement agency, and include a caveat that official department badge is acceptable for this

to identify the agency.

WAYNE SILVER: I mean, anyone can add to anything that we already have in here. I mean, a badge can still be used. Yeah. Even if we take out the badge language, it doesn't mean you still can't do it. It just means it's not required.

GEORGE BACORN: I was just thinking that some folks aren't getting that they can add to this or change it to a point without changing the law or take it as this is what we got to have, so we might want to make that.

WAYNE SILVER: Like a lot of things, Chief, we're establishing the minimum standards. Agencies can do much more if they want to allow this.

GEORGE BACORN: Yeah.

WAYNE SILVER: Any additional questions for staff? Mr. Gibson, would you like us to kind of go by the sections?

RICHARD GIBSON: Yes, please. I'm multitasking. Yes, please.

WAYNE SILVER: Okay. So, ladies and gentlemen, the purpose of time, we'll go with Section I, purpose. Are there any comments

regarding that section. Ms. Johnson, I think you moved -- there you go. Thank you. Hearing none. Section II, the policy statement. Hearing none. Section III on definitions.

MICHAEL SHIER: I have a question about the definitions.

WAYNE SILVER: Mr. Shier.

MICHAEL SHIER: Yeah. So E defines a law enforcement agency. This being a uniform policy that's something we have to adopt to our agencies verbatim. It doesn't -- this happens a few times throughout this policy. It doesn't quite make sense that an agency's policy is defining what a law enforcement agency is. The agency is the agency. It's kind of like talking about yourself in the third person. The agency's policy exists because it's a police force.

So defining what an agency is, it just -- it doesn't make sense, and that comes up again lower in the compliance section down at the bottom and a couple of other places. So given that we have to -- agencies have to adopt this wholesale, it should be written as if it's going to be dropped into each agency's policy. We just don't talk about ourselves, we don't define what

we are in policy like this. Does that make sense?

WAYNE SILVER: It does, Lieutenant. The reason the Commission -- to give you a perspective of the Commission. This is the -- the Commission was directed to write a uniform policy that had to be followed. That's why we used the language referring to them as law enforcement agencies and the law.

What an agency can do is -- this is the policy that must be followed, but an agency, if they write their own policy -- you know, every agency has a policy on uniform and grooming. If they want to adopt language from here, it has to be consistent with this policy. However, this is the uniform policy that must be followed by all agencies.

So this was written from the perspective of the Commission, not the perspective of an individual agency.

MICHAEL SHIER: I would say that that'd be great, but this -- as you and I discussed, the legislature said this is not a model policy, something that we can model after and make slight adjustments. This is a uniform policy; it's not

allowed to be changed.

Our agencies, by this law, have to adopt this verbatim and it cannot be changed. It says that, "The agencies may not adopt a policy other than the uniform policy developed by the Commission." The agencies have to copy and paste this into their policy; that's what the law requires.

WAYNE SILVER: I understand what you're saying. But the Commission is not a law enforcement agency, so we wouldn't write a policy as the department. We would write it as this is what is required of the law enforcement agency from a Commission standpoint. And you're right, they can't change this in any way because this become the law of the land because it is a uniform policy as opposed to a model policy. If we were writing it as a model policy, we would have written it using that style of an agency shall do this or a law enforcement -- or a police department, the department will; that's how we write our model policies.

The General Assembly is very clear that this is not a model in any way, shape, or form. It is the uniform policy.

MICHAEL SHIER: Right. That's why I'm saying it doesn't make sense to talk about, given that this is a copy and paste, it doesn't make sense to talk about ourselves in the third person. We have to -- this has to be written -- and I apologize to everybody, I should have said this first. I'm coming in a little bit late, obviously, in the discussion.

But this has to be written as if it were going to be copied and pasted into everybody's individual policies. And just from a drafting perspective, it just doesn't make sense. Our officers have to be able to read and understand this, and so it can't -- when it says, "A law enforcement agency shall ensure all current and newly sworn officers receive training on the uniform identification requirements," it should really say, "This agency must ensure our agency will ensure that all," not a law enforcement agency.

It sounds like when you write it like this with a law enforcement agency, somehow it sounds like we would have some control, which obviously we don't, over other governmental police forces and sheriff's offices, et cetera.

It should be written kind of I guess more first person and not third person.

RICHARD GIBSON: If I may really quickly, one thing I would point out is that there may be questions about what a law enforcement agency is from external entities. So some security company might think of themselves as law enforcement -- we see that all the time actually -- and, in fact, they're not and they're governed under, you know, regular rules versus law enforcement rules. So it does distinguish the type of entity that's operating.

The only question I had about E, I don't have a problem with the structure of it, except after the last comma, "Or the federal government." Does the Commission as a state entity have the power to dictate to the federal government what they must do?

UNIDENTIFIED SPEAKER 1: Read my mind, Rich. I'm going to take my hand down.

RICHARD GIBSON: That's the only supremacy clause kind of thing kicked off in my head. That's the only -- I have no problem with us defining what a law enforcement agency is because I can't see that being an issue that

might, does it apply to us or not. You're a police entity, yes. If you're a security guard, no. If you're a private investigator, no. If you're whatever, like, that's not -- you're not a law enforcement officer.

But as to the last, "Or the federal government," I don't know and I'm asking the question -- I don't know, I'd like to understand better how the Commission as a state entity -- I understand we have power over all state actors, anyone smaller than the state is all local government actors. But how the Commission can dictate policy to the federal government, I think, is a question.

WAYNE SILVER: We agree. It's in the statute; that's the language from the statute is the reason that it's in the uniform policy, comes right out of the public safety articles.

And so, we've seen challenges in other states -- New York, I believe, California -- where the federal government has challenged it and they're being uniformly stricken as states not being able to dictate operational rules to the federal government.

RICHARD GIBSON: Cool.

WAYNE SILVER: So it's in there because we took the language and lifted it directly out of the statute. It's not something that we added or would suggest otherwise.

RICHARD GIBSON: No, I got it. Now I understand, I appreciate it. And it's probably going to be just a line that they strike through if ever an issue arises. But I get it now. You took it from the statute, no problem. Thank you.

Chief Bacorn, I saw you had your hand up. You're muted, Chief.

GEORGE BACORN: Sorry about that. Got to be smarter than the machine.

If you go down to compliance and enforcement, fail to comply is a civil violation of Maryland law, and I think that's why the Commission feels that language needs to be in there. I do not agree with it at all, zero percent, but I think that's where our legislators are trying to push us towards. That's my thought.

RICHARD GIBSON: Mr. Silver. Director Silver, I see your hand up.

WAYNE SILVER: Yes, sir. So two things, Chief Bacorn is right. A lot of the

language that we used in this document, ladies and gentlemen, we were kind of bound by the language in the bill, in the law, and that's why we wrote it the way we did. As far as the law enforcement issue, we did write this as a standalone document, not one that a particular agency. And we wrote it using the same style that we write our COMAR regulations with.

Now I will also say this. One of the things that we do have is that this is not a regulation; so, therefore, we have the flexibility that we can modify this document a lot easier than we can, as you're aware when we do regulations and there's a comment period and so forth and so on.

So, you know, I guess what I'm saying, folks, is we've really tried to walk that tightrope a little bit and that fine line to address the bill while also being practical with how law enforcement agencies operate. And, but at the same time, we do have the ability to come back at any time and modify and change accordingly.

As Mr. Mellady said, if a certain section of the original bill is struck down, then

we can come back and modify the uniform policy by simply having another meeting like this.

MICHAEL SHIER: I agree with everybody who's saying that this probably doesn't apply to the federal government, but there's no requirement for the policy to define what a law enforcement agency is. Again, maybe I wasn't totally clear. This is going to be the policy of blank police department, of blank sheriff's office, et cetera.

So if you look through your policy, at no place does your policy, I'm sure, say a law enforcement agency operating at a state, county, municipal level in Maryland must do something. You say we are doing this thing. And you go down, "An agency is permitted to supplement this policy." No, that's not what the law says. This policy has to be adopted wholesale as written.

So I want -- I would like everybody to consider how this, as written, assume you cannot modify it, drop this into your policy, and think about how your officers are going to read it. It's talking about what a law enforcement agency is, doesn't make sense. This is the policy of each law enforcement agency, so...

RICHARD GIBSON: So, again, a couple of things. One, it's important that agencies understand what a law enforcement agency is because, again, there are times where you have other entities that believe they're law enforcement that are not.

And then, secondly, the policy can be supplemented; it can't be reduced. So, in other words, you can expand beyond -- if it says you must have a badge on you, you can require a badge, a name plate, insignia. You can require more; you just can't have less. It sets a floor, not a ceiling. So it can be supplemented. It just cannot be reduced. This is setting the floor of whatever agency in Maryland must do. Each individual agency can have a higher standard that exceeds this, but it must at least meet this; that's the way the law is structured.

MICHAEL SHIER: I agree with that. But why does -- taking that, why does the policy need to say, like, we're going to drop this in X police department's policy. So the police department's policy is that an agency is permitted to supplement this policy with more restrictive local uniform standards. Either

they're going to do it or they're not. Why does there need to be a policy statement that says that they can do what they can do within their own policy.

And I would say that also for security companies and things like that, if they want to adopt this policy, then I guess they can do that. There's no restriction on that, as far as I know. But, again, it just -- we can say it's kind of a forward, right, as an introduction that this is the policy that applies to, that is the uniform policy presented by the Police Training Commission.

But I guess I'm not doing a really good job of explaining it, I feel like, and I apologize for that. But this is -- has to be imagined as the text of this will be dropped into everybody's policy manuals. The instructions are -- the law says this has to be dropped in. So defining within the thing what it needs to be doesn't quite make sense. That's an external definition that says, hey, you need to put this in your policy. Having a policy that you need to put the policy in your policy doesn't -- is kind of circular.

RICHARD GIBSON: The department of redundancy. Anyway, I have Chief Bacorn and then Director Silver, Yates, and John are all -- and then Matt. So in order that I see them, I don't know if it's -- Chief Bacorn, you're next on my screen, so I guess you're up.

GEORGE BACORN: Yup. And I'm going back to I think the intent of having that language in there. And, Wayne, correct me if I'm wrong. I'm going to go back to an agency or an officer -- I'd say an officer the way I read it -- is in violation of a civil offense, punishable by a fine up to $1,500, and the legislators are expecting us to enforce that as law enforcement officers. That's up to the individual agency to however they want to deal with it in practice. Whatever's in policy, we all know how that works.

But I understand why the definition is in there and I still do not agree with it, but I also don't believe that any penalty should be imposed on any officer for violating a policy. You want to make it a law, make it a law, make it a standalone law.

RICHARD GIBSON: Okay. John, you're up. Mr. Moses.

JOHN MOSES: I don't know why we just don't define it as it's defined. Law enforcement agency is defined in the public safety article. I mean, that clearly defines what a law enforcement agency is and we refer to that all the time throughout every statute.

RICHARD GIBSON: Okay. Thank you, Mr. Moses. Director Silver.

WAYNE SILVER: So I'll address what Mr. Moses said and then I'll turn it over to Mr. Mellady. We couldn't do that because the definition that we used in this policy is the definition that was used in the bill, which is somewhat different than what's used in the public safety article.

Mr. Mellady.

MATTHEW MELLADY: So with regard to the standing of this particular uniform policy, it has the force and effect of the law or of COMAR. And so, it's not this -- the intent of the legislature is not to take this policy and to drop it into an agency's policy. This is the policy on face coverings and identification. This is the policy for all agencies. As Chair Gibson said, if an agency wants to go ahead and

adopt a supplemental policy in addition to this, adding to it but not taking away from it, the agency is free to do that and it can adopt whatever definitions it wants to or whatever word choice it wants to use -- we, this agency, whatever.

But this is -- it's rather odd the way the legislature did this, but they basically said the Commission is going to put out basically a regulation; however, they don't have to use the regulation process. They're just going to put it out as a policy, but it is a uniform policy for all law enforcement agencies.

And so, it's not something that supplements an agency's policy. This is the policy, but an agency can do its own additional supplement.

RICHARD GIBSON: Colonel Correll.

MATT CORRELL: Good morning, everybody. I wanted to offer a counterpoint from BPD to, I believe, Lieutenant Shier. I see what he's talking about, but our counterpoint from BPD, speaking on behalf of the commissioners, we have such a young workforce and we have a lot of interaction at the ground level with various

federal law enforcement agencies. So for us, it would be helpful to tell a fairly young workforce what is a law enforcement agency.

So I'm not being adversarial and contradicting a colleague. I'm just saying that the other side, BPD takes it -- the other side is BPD has acknowledged by speaking to, you know, every single attorney says there is a black letter conflict between state actors, federal government agents, and the supremacy clause.

If that's in there, we believe it overwhelms, you know, defining a law enforcement agency. We are essentially saying we are going to potentially -- we're going to contemplate taking action when the Constitution probably says don't, so that is the harder hurdle that we're just going to accept.

And to the Commission, maybe a procedural question. Because the BPD has to at least allow the consent degree monitors a look at every policy, which sometimes then invites a desire to change, tinker, fiddle, I need to know specifically does this policy have to be adopted verbatim, like, drop it in. So that when I push this forward to the Commissioner for his

consideration, I can add to it a disclaimer that says the monitors can look at this but they cannot change it.

To the Chair's point, they can't go below it. I have to be able to say that so the Commissioner knows exactly what I'm sending forward.

RICHARD GIBSON: Thank you, Colonel Correll. Chief Yates.

MATT CORRELL: Mr. Chair, at some point, if someone could give me a hard yes or a hard no, that this has to go verbatim. It doesn't have to be now, sir, but at some point, I'm going to need that answer.

RICHARD GIBSON: Sure. Why don't we pause and give Colonel Correll -- Matt, do you have an answer specifically that you can guide him?

WAYNE SILVER: How about this? Yes.

MATT CORRELL: Perfect.

WAYNE SILVER: So this is the policy. Treat it like a COMAR regulation. And if BPD wants to adopt additional -- an additional local policy that does not contrast or is not contrary to this in any way, shape, or form. In other

words, you can add to it; you can't take away from it. But this has the force and effect of the law as a regulation would. And so, that you can tell the Commissioner, this is being adopted verbatim by every law enforcement agency. It does not foreclose the agency from adopting additional requirements.

MATT CORRELL: All right. And I don't know that the Commissioner is the question for me. What I'm simply going to recommend is that we take BPD policy header, like, you know, we number our policies and we have a special format, and I'm simply going to say, take this, copy/paste, don't monkey with it, don't fiddle, and put it out. That's going to be my recommendation.

RICHARD GIBSON: Sounds right.

MATT CORRELL: Thank you, everyone. I appreciate it. Thank you.

RICHARD GIBSON: Chief Yates, you had your hand raised and then we go back to finish here. But, Chief, you had your hand raised. I don't know if you had your question answered or you got a chance to express yourself. Let me make sure you get a chance to express yourself.

STEPHEN YATES: Good morning, and thank you, Chair. It's both of those. My remarks have already been commented on, so I'm not going to waste any time with that, but thank you for getting to me.

RICHARD GIBSON: No problem. Lieutenant Shier, the floor is yours.

MICHAEL SHIER: Thank you. Just briefly. Thanks, Matt. I appreciate that clarification. That was what I was thinking I agree. If you look at the bill, it says "County and municipality law enforcement agency may not adopt a policy other than the uniform policy." So, yes, I think it is a copy and paste.

I agree that certainly the legislator is not going to get upset with additional regulations. But yes, I do agree that this basically has to be copied and pasted into everybody's individual policy, so I appreciate that clarification. Thanks, Matt.

RICHARD GIBSON: Seeing no more discussion on that particular topic, Director Silver, can we move forward?

WAYNE SILVER: Yes, Mr. Gibson. Any other questions on the definition section? And

as I said, most of them were taken straight from the law, except for the special tactical response; that came out of other COMAR regulations for consistency.

RICHARD GIBSON: Chief Franklin.

DAN FRANKLIN: Just one quick question, and I may be combining a couple of sections. For the purposes of the law, the violation of this is considered a civil violation, correct?

WAYNE SILVER: Are you talking about a later section where we talk about -- the last section where we talk about the compliance and enforcement, sir?

DAN FRANKLIN: I'm kind of yes and no, but I'm just for my moving forward, that's all. I just have that one question. It is for a violation, this is not a criminal; it is a civil, correct, right?

WAYNE SILVER: That is correct, sir.

DAN FRANKLIN: That's all I got.

WAYNE SILVER: It's also considered misconduct.

DAN FRANKLIN: Well, I'll get to that later, but I was just making sure I was on the right page with the civil part.

WAYNE SILVER: Yes, sir, you are.

RICHARD GIBSON: Director Silver, please continue.

WAYNE SILVER: Thank you, sir. Hearing no additional, we are turning to Section IV, face coverings. The sections that are in blue on your document are the ones that we made off the most recent recommendations that were presented and we stand by for any discussion or questions. Hearing none.

Ladies and gentlemen, let me also say if you -- this will be reviewed before it's posted one more time, so if there is a minor grammatical or something like that, feel free to just let us know and we can go in and change it. We're looking at the scope and spirit of the uniform policy.

Ladies and gentlemen, we move to Section V, uniform and visual identifications with the comments implemented. Now, the only thing that we would have to do, we currently have stricken out in V-D as in David, Number 3. We had stricken out the agency, the official agency badge, and we have just went with the three sections that are in the law.

RICHARD GIBSON: Alford.

RONCE ALFORD: Good morning. Going back to C really quick. I can't see it on the screen, it's a little too high. Can you put it down just a little bit? On C, I just want to make sure I understand what it is. I thought I saw a green vest on something, but I don't see it here. So this is jackets, vest. We're talking about your green traffic vest?

WAYNE SILVER: Yes, sir. We did get a lot of questions on that and this is one of the areas where we had to kind of go with what the law said with the language where it says, the wearing applies to the -- the law says the outermost garments, including outerwear and protective clothing. So we didn't have a lot of latitude with that.

However, I will say this, Lieutenant Colonel, that how you put that information on there is completely up to you. Nothing's saying it has to be embroidered. But the way the law is written, it has -- that would be included, jacket, vests, and weather gear. And we have not ability to modify that or add any type of exemption to it.

RONCE ALFORD: Okay. And, obviously, we'll put the green vest. But were there conversations specifically on the green vest? I'm just talking about practical, you know, when it comes to that, i.e., putting your pin number on the fluorescent green vest. Was there any conversation on kind of what that actually looks like? You know, how often an officer throws that away and gets a new one? Has that conversation kind of been talked about in regards to the green vest specifically? As I'm looking at about five guys right now with their vest on.

WAYNE SILVER: Absolutely, Lieutenant Colonel, and we've talked to a lot of agencies who expressed the same concern. And we understand it because some of those are disposable. You use them for so long, they get worn out, you've got to switch them out. Some agencies are looking at buying magnetic that information on it that you can attach to it. Others are looking at just making it where there's a section where they write it in with some type of stencil or name that they can do it.

It doesn't say how the information has to be on there; it just says it has to be

visible, but the law says it has to be in there. So you don't have to spend a lot of money to put it on those vests, but it has to be on those vests in some way.

RONCE ALFORD: Now when you say you don't have to spend a lot of money, Wayne, I hear you. But I'm just talking about, we still are professional law enforcement agencies and it still it should look good, right? And then when I'm hearing stenciling on the fluorescent green with weather, I would have to see it. I haven't seen it, so that's going to be really interesting. I hear people talking about it, but to be honest with you, I had never seen it throughout the country. So I'm just curious realistically how this would look specifically with the green vest.

Now, the badge part, that's another piece of it. So I'm assuming we have to put the pieces on there where you have to put your badge onto the -- your actual badge on the green vest as well?

WAYNE SILVER: Well, we took the requirement out to have a badge on it, okay? But I will tell you and I'll be happy to follow up

with you on that. One that I saw that I understand the one I would say looked most professional was the use of the magnetic name tags. That you basically, you have a magnet on one side and you have the breast shield with the information on it and you put the magnet on the inside of the vest, you put the breast shield on it, and it has the information on it and it's easily removable. You just take it off and put it on a different vest.

RONCE ALFORD: I guess for digestion purposes, is that possible that someone can send that out to agencies? Obviously, everybody's panicking, I get it. But maybe someone sending out some of these "recommendations," hey, for your green vest, these are different options out there so that some of these agencies, no matter big or small, can kind of go down that avenue of, okay, for these green vests, we can kind of do X, Y, Z.

I'm not saying you're saying which one to buy. I get the whole procurement thing. But as far as just recommendations of kind of doing that. The rain jacket is going to be a little bit interesting too, as far as the patches and

all that other stuff, but I guess we'll get through that. But I'm really talking about green vest specific, and I know you don't want to get into that business, but you know this question is going to come up. I've been fielding it for the last three weeks and just having my people look throughout the country. What have they seen with somebody's name, ID, and badge on a green ballistic vest which, like you Sid, we throw out.

To be honest with you, our agency, an officer goes through probably three a year and that's a regular officer. I'm not even talking about the traffic guys that wear it every day.

WAYNE SILVER: No. We can certainly look at that. And, you're right, that would be very lucrative to have people (indiscernible). There's going to have to come up with some long term and short-term ways to meet that requirement. But, yeah, we can discuss it more in more detail, maybe send some out. Maybe we'll invite the chiefs and sheriffs later this month, we can discuss it.

And then honestly, Colonel, we heard that in a lot of areas, but this is one of those areas we're bound by the law of that's the

language that says it has to be on the outmost garment.

RONCE ALFORD: And forgive me, what's the date again? I can't remember. I forgot. What's the date, when is this go in effect?

WAYNE SILVER: It will go in effect October 1st.

RONCE ALFORD: Okay. So I got to get some stencils out. All right, I got you.

WAYNE SILVER: Yes, Colonel, unfortunately, you do, sir.

RICHARD GIBSON: Mr. Moses.

JOHN MOSES: I think that the letter that goes out to the agencies have to come -- it comes from the Commission. But we got to be very, very careful the wording of that letter because, I mean, it should be drafted and we should be able to review it because a lot of people are going to say, the Commission made this bullshit policy and, really, it was created by law.

WAYNE SILVER: Mr. Moses, I know that was a term of art. Yeah, we will -- as soon as this ends, we will get with our assistant attorney general and we will craft it. We'll

share with Mr. Gibson, and we could also share it with the other members before we send it out.

JOHN MOSES: And I didn't mean to offend anybody by saying bullshit. I'm sorry.

RICHARD GIBSON: I'm shocked and appalled.

JOHN MOSES: I heard that you --

RICHARD GIBSON: (Indiscernible) my whole life. What is going on with this meeting? Just kidding, just kidding. It's fine, Mr. Moses.

RONCE ALFORD: That's the lightest thing I've ever heard him say actually.

RICHARD GIBSON: Lieutenant Correll.

MATT CORRELL: I just want to go back to Lieutenant Colonel Alford raised a point. I thought the law goes into effect October 1, and then execution has to begin January 1, 2027. Is that not correct?

RICHARD GIBSON: Matt, do you have an answer for that?

WAYNE SILVER: No, it goes in effect October 1st.

MATT CORRELL: So the face covering would be easy to achieve. But figuring, so we

have to have, like, the vest thing figured out, the jacket. We have to have all that figured out by October 1?

WAYNE SILVER: Yes.

MATT CORRELL: Okay, thank you.

WAYNE SILVER: Well, Colonel, here, that's why we didn't want to push off having this meeting any further.

MATT CORRELL: All right. I mean, BPD is, you know, by virtue of the consent decree, we've already put in place several identification things. But the traffic vests, the various winter jackets, we're looking at that pretty close. Thank you.

RICHARD GIBSON: Okay. I see no further comments or questions as it relates to this. Director Silver, please continue and lead us through the document.

WAYNE SILVER: Thank you, sir. We're on Section VI, exceptions and mandatory reporting. This is where we just added the language in blue that dealt with or removed because an officer may be in a situation where they have to -- they didn't have to temporarily obscure the information on their uniform, but

they're physically taking it off to respond to an emergency or some other type of event, or they may be in a situation where it comes off. So we just wanted to add in that section on "Or removed" as well. We stand by for questions.

All right. Mr. Gibson, hearing none, we'll move on to Section VII, compliance and enforcement. That does come straight from the law and we wrote that just right down the middle, ladies and gentlemen. We just took the language to make the officer aware of what non-compliance, what the penalties and the jeopardy was for not following the policy.

RICHARD GIBSON: Any comments? Lieutenant Shier?

MICHAEL SHIER: Sorry, my apologies. I got pulled aside. I just have a couple just commas that I missed in the past couple of sections. V-B needs a comma before the and, and VI-B also needs a comma before the and/or there, just Oxford commas. I mean, just to mention those real quick.

WAYNE SILVER: We'll make it on the final one. Thank you.

MICHAEL SHIER: Cool, thank you.

RICHARD GIBSON: Lieutenant Shier, you're raising your hand again?

MICHAEL SHIER: No. I don't know how that happened. Sorry.

RICHARD GIBSON: All right. And Chief Franklin.

DAN FRANKLIN: Yes, sir. Circling, not really circling back, I guess first time we hit it. Again, like I asked earlier, the violation of this law is a civil violation and under the matrix, the discipline falls as police misconduct, correct?

WAYNE SILVER: Yes. Well, yeah, it would be two -- yes, it's a civil offense. And also, it constitutes police misconduct, which then the, depending where it fell in the matrix based on the impact of the misconduct.

DAN FRANKLIN: So just kind of throwing this out there. Are all civil offenses considered police misconduct?

WAYNE SILVER: No. But in this particular case, the law says specifically this is misconduct.

DAN FRANKLIN: I understand that. I totally understand that part. So is there going

to be some clarification moving forward by the legislature of what civil violations constitute police misconduct or is this the only one? I hope they leave it as this is the only one because that'll give everybody a happy medium.

WAYNE SILVER: I would for that. I can't talk for the Maryland General Assembly, but I can say the bills says that this constitutes police misconduct for this specific policy.

DAN FRANKLIN: Right, I understand that. But being the certifying body, are there others that qualify as police misconduct is what I'm getting at.

WAYNE SILVER: Currently, the only thing that constitutes police misconduct is violation of the Constitution, a violation of law, a violation of the agency's policy and this.

DAN FRANKLIN: Got it.

JOHN MOSES: But it doesn't have a civil --

DAN FRANKLIN: Nope, sure doesn't.

JOHN MOSES: It only has misconduct; there's no civil.

DAN FRANKLIN: This should be very interesting. I guess I'm sure our FOP friends

are paying attention. This should be very interesting for the entity that tries to enforce it; that should be exciting. I kind of want to have a front row seat to that.

RICHARD GIBSON: Anything further? Director Silver, please lead us through the document.

WAYNE SILVER: That concludes review of the document. At this time, Chair Gibson, we request a vote. We request a motion to accept the uniform policy, and we will implement it with an implementation date based on the bill of October 1st.

RICHARD GIBSON: Do we have a motion?

D'WARREN LAMBIRTH: I'd like to make a motion that we accept this policy with the necessary corrections.

RONCE ALFORD: That was a bloated motion on necessary corrections.

RICHARD GIBSON: So in order to do that, I think it would require us to detail what those corrections would be so that the Commission can actually --

WAYNE SILVER: So, Deputy Lambirth, are you -- you're talking about the changes we made

on the previous recommendations?

D'WARREN LAMBIRTH: Yes.

WAYNE SILVER: So I would recommend your motion say, based on the current draft provided to the Commission.

D'WARREN LAMBIRTH: Okay. So I'd like to make the motions -- a motion that we accept his policy on the recommendations made by the Commission.

RICHARD GIBSON: Do we have a second? I'll second. There we go, keep it moving.

KATIE JOHNSON: All right, so --

WAYNE SILVER: I'd like to call a vote.

KATIE JOHNSON: Yup. The motion on the floor is to accept the uniform policy based on the current recommended draft with implementation date of October 1st. Let's see, Lieutenant Colonel Alford.

RONCE ALFORD: This would be in alphabetical order, right?

KATIE JOHNSON: Alford is A.

RONCE ALFORD: So I guess it's a yes under duress.

KATIE JOHNSON: Not sure I can write that, but I will.

RONCE ALFORD: Yes, yes, yes, it can be a yes.

KATIE JOHNSON: Chief Alwood is absent. Chief Bacorn.

GEORGE BACORN: Reluctantly, yes. You have to write that too.

KATIE JOHNSON: We have Lieutenant Colonel Chappell in for Colonel Jackson.

ROSEMARY CHAPPELL: Yes.

KATIE JOHNSON: Thank you. Lieutenant Colonel Correll.

MATT CORRELL: Yes.

KATIE JOHNSON: Chief Franklin.

DAN FRANKLIN: No.

KATIE JOHNSON: Mr. Fraser.

COLIN FRASER: Yes.

KATIE JOHNSON: Deputy Sheriff Lambirth.

D'WARREN LAMBIRTH: Yes.

KATIE JOHNSON: Mr. Moses.

JOHN MOSES: Yes.

KATIE JOHNSON: Special Agent in Charge Paul.

JIMMY PAUL: Yes.

KATIE JOHNSON: Lieutenant Shier.

MICHAEL SHIER: No.

KATIE JOHNSON: Chief Yates.

STEPHEN YATES: Yes.

KATIE JOHNSON: So nine to two with one abstaining.

RICHARD GIBSON: Sounds like the yeas have it.

KATIE JOHNSON: All right.

WAYNE SILVER: That concludes our business, Mr. Gibson, Chair Gibson.

RICHARD GIBSON: I make a motion to adjourn. Oh, sorry. Mr. Moses, do you have something you want to say?

JOHN MOSES: Yeah. Can I make a motion to have the Commission staff draft a letter clarifying to the agencies and bring it back to the Commission at a later date for us to review before it's sent out to the agencies?

WAYNE SILVER: Mr. Moses, if we did that, that would require having another meeting. Could we modify the motion that we will share with the Commission members and get approval from the Chairman, Mr. Gibson?

JOHN MOSES: Sure.

WAYNE SILVER: Thank you.

STEPHEN YATES: I'll second that motion.

WAYNE SILVER: We'll do it.

RONCE ALFORD: Chair Gibson?

RICHARD GIBSON: Yes.

RONCE ALFORD: Is it possible, obviously, the vote has already passed. But can I ask a question in regards to specifically -- I'm just trying to get real information I got from BPD that's on here. I know the Colonel is off, but I think Lieutenant Colonel Chappell is on here. What is BPD, MSP, and maybe Chief Yates and Franklin, what do they plan -- obviously, we got 28 days. But I just want to know for me, what are their thought processes on the green vest and the rain coats. Like, what are they realistically going to do to be ready for that? I'm just curious on what I can think about.

WAYNE SILVER: Sure.

RONCE ALFORD: Can I ask that quick?

RICHARD GIBSON: Yeah, of course, of course. Let's talk while we're on the phone.

DAN FRANKLIN: I think the biggest problem is going to be when we have an agency your size ordering an agency BPD size ordering.

I have a feeling that's going to have a little strain on the supply chain and we're not going to meet the deadlines. My personal opinion.

MATT CORRELL: Hey, Ronce, for us in BPD, we went to the sort of the patch badges. We require the actual metal badge when you're serving a search warrant because that's a different statutory requirement. We're probably going to bring those back for jackets because that accomplishes the official badge. Each badge has an individual number on it. We're going to have to figure out name tags.

Also, with the badge, that's going to get us around rain coats because we don't put patches because we don't want to soak through the Gore-Tex. So the badge says Baltimore Police, it has a number on it. We have to figure out the name tag; that's going to be the challenge.

I'm not a fan of the magnetic thing. Every single fight I've been in, something goes flying and it's usually my body camera, which is magnetic.

WAYNE SILVER: Ladies and gentlemen, I'd just like to remind members of the Commission that this is a public meeting and that maybe some

of discussions about the interesting things that we -- some of you may want to have offline.

RONCE ALFORD: Oh, okay.

RICHARD GIBSON: That's a great point. Is there anything that can be said -- well, strike that.

RONCE ALFORD: I'm good.

RICHARD GIBSON: Did you get what you need, you're good?

RONCE ALFORD: Yeah. I'll call offline.

RICHARD GIBSON: Okay.

STEPHEN YATES: Just real quick, baseball hats.

RICHARD GIBSON: Mr. Yates, hold on. Chief Yates, hold on. Ms. Johnson, you raised your hand?

KATIE JOHNSON: Sorry. Mr. Moses made a motion. I missed who seconded it and I don't think we voted on it, right?

WAYNE SILVER: That's correct. It's a matter of Commission practice.

KATIE JOHNSON: And so, no motion or votes needed? Okay.

RICHARD GIBSON: Chief Yates, the floor

is yours.

STEPHEN YATES: Lieutenant Colonel Alford, we got the baseball star hats and our patches on the front and the officer's name and ID number is on the back.

RONCE ALFORD: Chief, I'll call you offline.

STEPHEN YATES: Okay. It's a quick way.

WAYNE SILVER: I make a motion to convene.

RICHARD GIBSON: Can I get a motion to adjourn.

WAYNE SILVER: Second it.

STEPHEN YATES: I make a motion.

RICHARD GIBSON: All right. All in favor, say aye.

GROUP: Aye.

RICHARD GIBSON: Sounds like we all agree to have a nice day and go back to work. Bye, everyone. Thank you for the hard work. I will see you at the next meeting, if not sooner.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

____________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: October 22, 2026

**&**

**&** 1:13

**1**

**1** 2:4,14 3:24 14:19 36:17,18 37:3
**1,500** 21:13
**11501** 49:14
**12151** 49:7
**1st** 35:7 36:23 41:13 42:17

**2**

**2** 1:15
**2026** 1:15 49:16
**2027** 36:18
**22** 49:16
**28** 45:14

**3**

**3** 5:20 8:23 29:22
**300** 49:13
**330** 49:12

**a**

**ability** 17:21 30:24
**able** 13:13 15:23 25:5 35:18
**absent** 43:3
**absolutely** 31:13
**abstaining** 44:5
**accept** 8:9 24:17 41:10,16 42:7,15
**acceptable** 8:25
**accomplishes** 46:10
**accurate** 49:4
**achieve** 36:25
**acknowledged** 24:7
**action** 24:15
**active** 4:23
**actors** 15:10,12 24:9
**actual** 32:21 46:6
**actually** 2:5 4:10 5:9 6:14 7:22 14:9 31:7 36:13 41:23
**add** 5:21 6:3,6 9:2,9 25:1 26:1 30:24 38:4
**added** 6:15 7:1 16:3 37:21
**adding** 23:2
**addition** 23:1
**additional** 4:8 4:13,16 8:12 9:18 23:16 25:23,23 26:7 27:16 29:5
**address** 4:17 5:11,14 7:14 7:18 8:22 17:19 22:9
**addressed** 8:11
**adjourn** 44:12 48:13
**adjustments** 11:25
**adopt** 10:10,22 11:14 12:3,4 20:7 23:1,3 25:23 27:13
**adopted** 18:18 24:23 26:4
**adopting** 26:6
**adversarial** 24:4
**agencies** 9:15 10:11,22 11:9 11:17 12:2,4,6 17:20 19:2 22:24 23:13 24:1 31:14,19 32:8 33:13,17 35:14 44:16,18
**agency** 6:25 7:1 7:2,3,15 8:22 8:24 9:1 10:9 10:14,15,15,18 11:10,11,13,20 12:11,13,19 13:15,18,19,20 13:22 14:6,24 17:7 18:7,13 18:16,23,25 19:3,15,16,23 21:10,15 22:3 22:5,25 23:3,5 23:16 24:3,13 26:5,6 27:12 29:23,23 34:10 45:24,25
**agency's** 10:13 10:16,24 22:22 23:15 40:17
**agenda** 2:2,5 4:3
**agent** 3:15 43:22
**agents** 24:10
**agree** 8:7 15:15 16:18 18:3 19:19 21:19 27:11,15,17 48:20
**ahead** 22:25
**alford** 2:17,18 30:1,2 31:1 32:5 33:11 35:3,8 36:12 36:16 41:18 42:18,19,21,22 43:1 45:4,6,20 47:3,7,10 48:3 48:6
**allow** 9:15 24:20

**allowed** 12:1
**alphabetical** 42:20
**alwood** 2:19 43:3
**answer** 25:14 25:17 36:21
**answered** 26:23
**anybody** 36:4
**anyway** 21:2
**apologies** 38:16
**apologize** 13:6 20:16
**appalled** 36:6
**applies** 20:11 30:14
**apply** 7:23 15:1 18:4
**appreciate** 16:6 26:19 27:9,19
**approval** 4:6 44:22
**areas** 30:12 34:24,25
**arises** 16:8
**art** 35:23
**article** 22:3,15
**articles** 15:18
**aside** 38:17
**asked** 39:9
**asking** 15:7
**assembly** 12:23 40:7
**assistant** 35:24
**assume** 18:20
**assuming** 32:19
**attach** 31:20
**attention** 41:1
**attorney** 24:8 35:25
**avenue** 33:18
**aware** 17:13 38:11
**aye** 48:17,18

**b**

**b** 5:3,20 38:19 38:20
**back** 8:21 17:22 18:1 21:8,10 26:21 30:3 36:15 39:8 44:16 46:9 48:5,20
**bacorn** 2:20,21 8:19 9:8,17 16:10,12,25 21:2,5,7 43:4,5
**badge** 6:24 7:1 7:2,4,9,9,15 8:21,25 9:4,5 19:10,11 29:24 32:18,20,21,24 34:8 46:6,10 46:10,13,16
**badges** 46:5
**ballistic** 34:9
**baltimore** 46:16
**baseball** 47:14 48:3
**based** 5:20 39:17 41:12 42:4,15
**basically** 4:15 23:8,9 27:18 33:4
**behalf** 23:23
**believe** 15:20 19:5 21:20 23:21 24:11
**better** 15:9
**beyond** 19:9
**big** 33:18
**biggest** 45:23
**bill** 17:3,19,25 22:13 27:11 41:12
**bills** 40:8
**bit** 13:7 17:18 30:5 33:25
**black** 24:8
**blank** 18:9,9
**bloated** 41:18
**blue** 29:6 37:22
**body** 4:15 40:11 46:21
**bottom** 10:21
**bound** 17:2 34:25
**bpd** 23:20,22 24:6,7,19 25:22 26:11 37:9 45:10,12 45:25 46:5
**breast** 33:5,7
**briefly** 27:9
**bring** 44:16 46:9
**bullshit** 35:20 36:4
**business** 34:4 44:10
**buy** 33:22
**buying** 31:19
**bye** 48:21

**c**

**c** 7:23 30:3,5 49:1,1
**california** 15:20
**call** 2:12 42:13 47:10 48:6
**camera** 46:21
**capacity** 7:25 8:9
**careful** 35:16
**case** 39:22
**caveat** 8:24
**ceiling** 19:13
**certain** 17:24
**certainly** 27:15 34:14

**certify** 49:3
**certifying** 40:11
**cetera** 13:25 18:10
**chain** 46:2
**chair** 22:24 25:10 27:2 41:9 44:10 45:4
**chair's** 25:4
**chairman** 44:23
**challenge** 46:18
**challenged** 15:21
**challenges** 15:19
**chance** 26:24 26:25
**change** 5:12 7:3 8:23 9:10 12:15 17:22 24:22 25:3 29:15
**changed** 12:1,3
**changes** 6:19 41:25
**changing** 9:10
**chappell** 43:8,9 45:11
**charge** 3:15 43:22
**chief** 2:19,19 2:25 3:21 9:14 16:10,11,25 21:2,5 25:9 26:20,22 28:5 39:5 43:3,4,13 44:2 45:12 47:16,25 48:6
**chiefs** 34:21
**choice** 23:5
**circling** 39:7,8
**circular** 20:25
**civil** 16:15 21:12 28:9,17 28:25 39:10,14 39:19 40:2,20 40:23
**clarification** 27:10,20 40:1
**clarifying** 44:16
**clause** 14:22 24:10
**clear** 12:23 18:8
**clearly** 22:4
**close** 37:14
**clothing** 30:16
**coats** 45:16 46:14
**colin** 3:4 43:16
**colleague** 24:5
**collect** 6:12
**collecting** 5:23
**collection** 5:21
**colonel** 2:17,22 3:8 23:18 25:8 25:16 30:19 31:14 34:23 35:10 36:16 37:6 42:18 43:8,8,11 45:10,11 48:2
**color** 7:11
**comar** 17:8 22:19 25:22 28:3
**combining** 28:7
**come** 17:21 18:1 34:5,17 35:14 38:8
**comes** 10:19 15:17 31:5 35:15 38:3
**coming** 13:7
**comma** 14:15 38:19,20
**commas** 38:18 38:21
**comment** 17:14
**commented** 27:3
**comments** 9:25 29:20 37:16 38:14
**commission** 1:13 4:5 5:10 7:6,16 11:4,5,6 11:19 12:6,10 12:14 14:16 15:9,12 16:17 20:13 23:9 24:18 35:15,19 41:22 42:5,9 44:15,17,22 46:24 47:22
**commissioner** 24:25 25:6 26:4,9
**commissioners** 23:23
**companies** 20:6
**company** 14:7
**completely** 30:20
**compliance** 10:20 16:14 28:12 38:7,11
**comply** 16:15
**concern** 5:4,15 31:15
**concerns** 8:17
**concludes** 41:8 44:9
**conflict** 24:9
**consent** 24:20 37:10
**consider** 18:20
**consideration** 25:1

**considered** 28:9,21 39:20
**consistency** 28:4
**consistent** 11:15
**constitute** 40:2
**constitutes** 39:15 40:8,15
**constitution** 24:15 40:16
**contemplate** 24:14
**continue** 29:3 37:17
**contradicting** 24:5
**contrary** 25:24
**contrast** 25:24
**control** 13:23
**convene** 48:11
**conversation** 2:7 31:7,9
**conversations** 31:3
**cool** 15:25 38:25
**copied** 13:10 27:18
**copy** 6:10,16 12:6 13:3 26:14 27:14
**correct** 6:7 21:9 28:9,18 28:19 36:19 39:12 47:21
**corrections** 41:17,19,22
**correll** 2:23,24 23:18,19 25:9 25:10,16,20 26:8,18 36:14 36:15,24 37:5 37:9 43:11,12 46:4
**counterpoint** 23:20,22
**country** 32:15 34:7 49:12
**county** 18:13 27:11
**couple** 10:21 19:1 28:7 38:17,18
**course** 45:21,22
**cover** 6:13
**covering** 36:24
**coverings** 5:19 6:10 7:22 22:23 29:6
**covert** 8:1,9
**craft** 35:25
**created** 35:20
**crime** 5:22,24
**criminal** 28:17
**curious** 32:15 45:18
**current** 13:16 42:4,16
**currently** 29:21 40:14

**d**

**d** 29:22
**d'warren** 3:12 41:15 42:2,6 43:19
**dan** 3:2 28:6,14 28:20,23 39:7 39:18,24 40:10 40:18,21,24 43:14 45:23
**date** 35:4,5 41:12 42:17 44:17 49:16
**david** 29:22
**day** 34:13 48:20
**days** 45:14
**deadlines** 46:3
**deal** 6:2 21:16
**dealing** 2:7 4:22
**dealt** 7:21 37:22
**decided** 4:6
**decree** 37:10
**define** 10:25 18:6 22:2
**defined** 22:2,3
**defines** 10:8 22:4
**defining** 10:14 10:18 14:24 20:20 24:12
**definition** 20:22 21:18 22:12,13 27:25
**definitions** 10:4 10:6 23:4
**degree** 24:20
**delayed** 4:9
**demonstrable** 4:24
**department** 4:22 6:25 8:25 12:12,21,21 18:9 21:1
**department's** 19:22,23
**depending** 39:16
**deputy** 3:10 41:24 43:17
**desire** 24:22
**detail** 34:20 41:21
**developed** 12:5
**deviation** 5:2
**dewees** 2:25
**dictate** 14:17 15:13,23
**different** 22:14 33:10,16 46:8

**digestion** 33:11
**directed** 11:6
**directly** 16:2
**director** 16:22 21:3 22:8 27:22 29:2 37:17 41:6
**discipline** 39:11
**disclaimer** 25:1
**discuss** 34:19 34:22
**discussed** 11:22
**discussion** 13:8 27:22 29:9
**discussions** 47:1
**disease** 6:6
**disposable** 31:17
**distinguish** 14:11
**document** 4:17 7:19 8:15 17:1 17:6,12 29:7 37:18 41:7,9
**doing** 5:7 6:18 18:15 20:14 33:23
**draft** 42:4,16 44:15
**drafted** 35:17
**drafting** 13:12
**drop** 18:21 19:21 22:22 24:24
**dropped** 10:24 20:17,19
**duress** 42:23
**duty** 8:1,10,10

**e**

**e** 10:8 14:13 49:1
**earlier** 39:9
**easier** 17:13
**easily** 33:9
**easy** 36:25
**edit** 5:19
**effect** 22:19 26:2 35:5,6 36:17,22
**either** 19:25
**email** 5:18
**embroidered** 30:21
**emergency** 4:24 38:2
**ends** 35:24
**enforce** 21:14 41:2
**enforcement** 7:12,24 8:24 10:9,14 11:9 12:11,13,20 13:15,20,22 14:6,8,11,24 15:5 16:15 17:5,20 18:7 18:13,23,25 19:3,6 21:14 22:2,5 23:13 24:1,3,12 26:5 27:12 28:13 32:8 38:8
**ensure** 13:15 13:18,19
**entities** 14:6 19:5
**entity** 14:12,17 15:2,9 41:2
**essentially** 24:13
**establishing** 9:14
**et** 13:25 18:10
**event** 38:2
**everybody** 8:20 13:6 18:3,19 23:19 40:5
**everybody's** 13:11 20:18 27:19 33:13
**evidence** 5:21 6:8,12
**exactly** 25:6
**example** 5:6
**exceeds** 19:17
**except** 14:15 28:2
**exceptions** 37:20
**exciting** 41:3
**execution** 36:18
**exemption** 30:25
**exists** 10:17
**expand** 19:9
**expecting** 21:14
**explaining** 20:15
**express** 26:24 26:25
**expressed** 31:15
**external** 14:6 20:21

**f**

**f** 49:1
**face** 4:7 5:19,19 6:10 7:22 22:23 29:5 36:24
**facsimile** 7:9
**fact** 5:25 14:9
**fail** 16:15
**fairly** 24:2
**falls** 39:11
**fan** 46:19
**far** 17:4 20:8 33:23,25

**favor** 48:17
**federal** 14:15 14:17 15:6,13 15:21,24 18:5 24:1,9
**feel** 20:15 29:14
**feeling** 46:1
**feels** 16:17
**fell** 39:16
**fiddle** 24:22 26:14
**field** 4:24
**fielding** 34:5
**fight** 46:20
**figure** 46:12,17
**figured** 37:1,2
**figuring** 36:25
**final** 38:24
**finally** 7:20
**fine** 17:18 21:13 36:10
**finish** 26:21
**first** 13:7 14:1 39:8
**fit** 8:6
**five** 31:11
**flexibility** 17:12
**floor** 4:1 19:12 19:15 27:7 42:15 47:25
**fluorescent** 31:6 32:10
**flying** 46:21
**focus** 2:10
**folks** 9:9 17:17
**follow** 5:17 32:25
**followed** 11:7 11:11,16
**following** 38:13
**fop** 40:25
**force** 10:17 22:19 26:2
**forces** 13:25
**foreclose** 26:6
**foregoing** 49:4
**forgive** 35:3
**forgot** 35:4
**form** 12:24 25:25
**format** 26:12
**forth** 17:15
**forward** 20:10 24:25 25:7 27:23 28:15 40:1
**four** 4:13,16
**franklin** 3:1,2 28:5,6,14,20,23 39:6,7,18,24 40:10,18,21,24 43:13,14 45:13 45:23
**fraser** 3:3,4 43:15,16
**free** 23:3 29:14
**friends** 40:25
**front** 41:4 48:4
**further** 37:8,16 41:5

**g**

**gaithersburg** 4:22
**garment** 35:2
**garments** 30:15
**gear** 30:23
**general** 12:23 35:25 40:7
**gens** 4:4
**gentlemen** 4:12 6:3 7:20 8:14 9:24 17:2 29:11,18 38:10 46:23
**george** 2:21 8:19 9:8,17 16:12 21:7 43:5
**getting** 9:9 27:5 40:13
**gibson** 2:1,11 3:5,6,25 4:1,18 4:19 6:9,17,20 8:14,16 9:19 9:21 14:3,21 15:25 16:5,22 19:1 21:1,24 22:7,25 23:18 25:8,15 26:17 26:20 27:6,21 27:24 28:5 29:2 30:1 35:12 36:1,5,8 36:14,20 37:15 38:6,14 39:1,5 41:5,9,14,20 42:10 44:6,10 44:10,11,23 45:4,5,21 47:4 47:8,12,15,25 48:12,16,19
**give** 4:7 11:4 25:11,16 40:5
**given** 2:6 10:21 13:2
**go** 4:15 7:4 8:15,20 9:20 9:24 10:2 16:14 18:15 21:10 22:25 25:4,12 26:21 29:15 30:12 33:18 35:5,6 36:15 42:11 48:20
**goes** 34:11 35:14 36:17,22 46:20
**going** 2:8 8:21 10:23 13:10 14:20 16:7 18:8,22 19:21

20:1 21:7,10 23:9,11 24:13 24:14,17 25:14 26:10,13,15 27:3,16 30:2 32:12 33:24 34:5,17 35:19 36:9 39:25 45:17,24 46:1 46:2,9,11,13,18
**good** 2:1 4:14 4:18 20:14 23:19 27:1 30:2 32:9 47:7 47:9
**gore** 46:16
**governed** 14:10
**government** 14:16,18 15:7 15:12,13,21,24 18:5 24:10
**governmental** 13:24
**grade** 6:4
**grammatical** 29:14
**great** 11:22 47:4
**green** 30:7,9 31:2,3,6,10 32:10,17,21 33:16,19 34:2 34:8 45:15
**grooming** 11:13
**ground** 23:25
**group** 48:18
**guard** 2:8 15:2
**guess** 14:1 17:16 20:7,14 21:6 33:11 34:1 39:8 40:25 42:22
**guide** 25:17
**guys** 31:12 34:13

**h**

**hand** 14:20 16:10,23 26:21 26:22 39:2 47:17
**handle** 6:8,12
**happened** 39:4
**happens** 10:11
**happy** 8:15 32:25 40:5
**hard** 25:11,12 48:21
**harder** 24:16
**harris** 3:7
**hats** 47:14 48:3
**head** 14:23
**header** 26:11
**health** 4:25
**hear** 32:6,13
**heard** 34:23 36:7,13
**hearing** 10:2,3 29:4,10 32:10 38:6
**helpful** 24:2
**hey** 20:22 33:15 46:4
**high** 30:4
**higher** 19:16
**highlights** 6:19
**hit** 39:8
**hold** 47:15,16
**honest** 32:14 34:10
**honestly** 34:23
**hope** 40:4
**how's** 8:20
**hurdle** 24:16
**hurley** 3:8
**hyattsville** 5:17
**hyde** 49:3

**i**

**i.e.** 31:5
**identification** 4:7 5:1 6:24 8:4 13:17 22:23 37:11
**identifications** 29:19
**identifies** 7:12
**identify** 9:1
**ii** 5:20 10:3
**iii** 10:4
**imagined** 20:17
**imminent** 4:24
**impact** 39:17
**implement** 41:11
**implementati...** 41:12 42:16
**implemented** 29:20
**important** 19:2
**imposed** 21:21
**include** 8:24
**included** 30:22
**including** 30:15
**indiscernible** 34:16 36:8
**individual** 11:20 13:11 19:16 21:15 27:19 46:11
**individuals** 4:8
**infection** 6:6
**information** 30:19 31:20,24 33:6,8 37:25 45:9
**inside** 33:7
**insignia** 19:11
**instructions** 20:18
**integrity** 5:24

**intent** 21:8 22:20
**interaction** 23:25
**interesting** 32:13 33:25 40:25 41:2 47:1
**introduction** 20:10
**investigation** 8:1
**investigations** 8:10
**investigator** 15:3
**invite** 34:21
**invites** 24:21
**issue** 8:22 14:25 16:8 17:5
**iv** 5:20 6:10 29:5

**j**

**jacket** 30:23 33:24 37:2
**jackets** 30:8 37:13 46:9
**jackson** 3:8,9 43:8
**january** 36:18
**jeopardy** 38:12
**jimmy** 3:17 43:24
**job** 20:15
**john** 3:14 21:3 21:24 22:1 35:13 36:3,7 40:19,22 43:21 44:14,24
**johnson** 2:15 2:16,19,22,25 3:3,5,7,10,13 3:15,18,21,23 10:1 42:12,14 42:21,24 43:3 43:7,10,13,15 43:17,20,22,25 44:2,4,8 47:16 47:18,23

**k**

**katie** 2:19,22 2:25 3:3,5,7,10 3:13,15,18,21 3:23 42:12,14 42:21,24 43:3 43:7,10,13,15 43:17,20,22,25 44:2,4,8 47:18 47:23
**keep** 42:11
**kelley** 3:10
**kicked** 14:22
**kidding** 36:10 36:10
**kind** 8:5 9:19 10:15 14:1,22 17:2 20:9,24 28:14 30:12 31:7,10 33:18 33:19,23 39:18 41:3
**know** 7:11 11:12 14:10 15:7,8 17:16 20:8 21:5,17 22:1 24:7,12 24:22 26:9,11 26:23 29:15 31:4,8 34:3,4 35:22 37:10 39:3 45:10,14
**knows** 25:6

**l**

**ladies** 4:4,12 6:3 7:20 8:13 9:23 17:1 29:11,18 38:10 46:23
**lambirth** 3:11 3:12 41:15,24 42:2,6 43:18 43:19
**land** 12:16
**language** 4:23 5:3,3,12 6:2,6 6:15,22 7:15 8:3 9:5 11:8,14 15:16 16:2,17 17:1,3 21:9 30:13 35:1 37:22 38:10
**late** 13:7
**latitude** 30:17
**law** 7:1,5,8,11 7:12,24 8:6,23 9:11 10:9,14 11:8,9 12:2,7 12:10,13,16,20 13:15,19,22 14:5,8,11,24 15:5 16:16 17:3,4,20 18:6 18:12,17,23,25 19:3,5,18 20:19 21:14,22 21:22,23 22:2 22:4,19 23:13 24:1,3,12 26:3 26:5 27:12 28:2,8 29:25 30:13,14,21 32:1,8 34:25 35:21 36:17 38:9 39:10,22 40:17
**lead** 4:2 37:17 41:6
**leave** 40:4
**ledanski** 49:3
**legal** 49:11

**legislator** 27:15
**legislators** 16:19 21:13
**legislature** 11:23 22:21 23:8 40:2
**letter** 24:9 35:13,16 44:15
**level** 18:14 23:25
**lieutenant** 2:16 2:22 11:3 23:21 27:7 30:18 31:13 36:14,16 38:15 39:1 42:17 43:7,10,25 45:11 48:2
**life** 36:9
**lifted** 16:2
**lightest** 36:12
**line** 16:7 17:18
**little** 13:7 17:18 30:4,5 33:24 46:1
**local** 15:11 19:25 25:23
**long** 31:17 34:17
**look** 18:11 24:20 25:2 27:11 32:9,16 34:6,15
**looked** 5:10 33:2
**looking** 29:16 31:11,19,21 37:13
**looks** 31:7
**lot** 9:13 16:25 17:13 23:24 30:11,16 31:14 32:2,6 34:24 35:18
**lower** 10:20
**lucrative** 34:16

**m**

**machine** 16:13
**made** 6:19 29:7 35:19 41:25 42:8 47:18
**magnet** 33:4,6
**magnetic** 31:19 33:3 46:19,22
**maintain** 7:8 7:14
**make** 2:12 9:12 10:13,19 11:1 11:24 13:2,3 13:12 18:24 20:21 21:22,22 21:22 26:25 30:6 38:11,23 41:15 42:7 44:11,14 48:10 48:15
**making** 28:24 31:21
**mandatory** 37:20
**manuals** 20:18
**martin** 3:13
**maryland** 1:13 16:16 18:14 19:15 40:7
**mask** 5:25 6:5 6:11
**masks** 4:7 5:8 5:19
**matrix** 39:11 39:16
**matt** 2:24 21:4 23:19 25:10,16 25:20 26:8,18 27:9,20 36:15 36:20,24 37:5 37:9 43:12 46:4
**matter** 33:17 47:22
**matthew** 22:17
**mean** 9:2,4,5 22:4 35:17 36:3 37:9 38:21
**means** 9:6
**medical** 6:4
**medium** 40:5
**meet** 19:17 34:18 46:3
**meeting** 1:14 2:9 4:5 18:2 36:9 37:8 44:20 46:25 48:22
**mellady** 17:24 22:11,16,17
**members** 36:2 44:22 46:24
**mention** 38:21
**metal** 46:6
**michael** 3:9,20 10:5,8 11:21 13:1 18:3 19:19 27:8 38:16,25 39:3 44:1
**middle** 38:9
**mind** 14:19
**mineola** 49:14
**minimum** 9:14
**minor** 29:13
**misconduct** 28:22 39:12,15 39:17,20,23 40:3,9,12,15,22
**missed** 38:18 47:19
**model** 11:23,24 12:17,18,22,24
**modified** 8:2
**modify** 17:12 17:22 18:1,21 30:24 44:21

**money** 32:2,6
**monitors** 24:20 25:2
**monkey** 26:14
**month** 34:21
**morning** 23:19 27:1 30:2
**moses** 3:13,14 21:25 22:1,8 22:10 35:12,13 35:22 36:3,7 36:11 40:19,22 43:20,21 44:12 44:14,19,24 47:18
**motion** 41:10 41:14,16,19 42:4,7,14 44:11,14,21 45:2 47:19,23 48:10,12,15
**motions** 42:7
**move** 4:17 27:23 29:18 38:7
**moved** 10:2
**moving** 28:15 40:1 42:11
**msp** 45:12
**multitasking** 9:22
**municipal** 18:14
**municipality** 27:12
**muted** 16:11

**n**

**n** 49:1
**name** 6:24 8:23 19:11 31:23 33:3 34:8 46:12,18 48:4
**necessary** 6:7 6:11 41:17,19
**need** 19:20 20:2 20:22,23 24:22 25:14 47:9
**needed** 47:24
**needs** 16:17 20:20 38:19,20
**never** 32:14
**new** 15:20 31:9
**newly** 13:16
**nice** 48:20
**nine** 44:4
**non** 7:25 38:11
**nope** 40:21
**nothing's** 30:20
**number** 6:24 6:24 26:12 29:22 31:5 46:11,17 48:5
**ny** 49:14

**o**

**o** 49:1
**obscure** 37:25
**obscured** 5:1,5 5:8,12,13,14
**obviously** 6:18 13:8,24 31:1 33:13 45:7,13
**october** 2:9 35:7 36:17,23 37:3 41:13 42:17 49:16
**odd** 23:7
**offend** 36:4
**offense** 21:12 39:14
**offenses** 39:19
**offer** 23:20
**office** 18:10
**officer** 4:25 5:6 5:23 6:23 7:13 7:24 15:5 21:11,11,21 31:8 34:11,12 37:23 38:11
**officer's** 6:23 6:25 7:9,10 48:4
**officers** 5:22 13:13,16 18:22 21:15
**offices** 13:25
**official** 7:3,15 7:23 8:25 29:23 46:10
**officially** 2:13
**offline** 2:7 47:2 47:11 48:7
**oh** 6:17 44:12 47:3
**okay** 2:11 9:23 21:24 22:7 31:1 32:24 33:19 35:8 37:5,15 42:6 47:3,12,24 48:8
**old** 49:12
**once** 7:18
**ones** 29:7
**operate** 17:20
**operating** 14:12 18:13
**operational** 15:23
**opinion** 46:3
**opposed** 12:17
**options** 33:16
**order** 21:4 41:20 42:20
**ordering** 45:25 45:25
**original** 17:25
**outermost** 30:15

**outerwear** 30:15
**outmost** 35:1
**overwhelms** 24:12
**own** 11:12 20:4 23:16
**oxford** 38:21

**p**

**page** 5:20 28:25
**panicking** 33:14
**part** 28:25 32:18 39:25
**particular** 17:6 22:18 27:22 39:22
**passed** 45:7
**past** 38:18
**paste** 12:6 13:3 26:14 27:14
**pasted** 13:10 27:18
**patch** 46:5
**patches** 33:25 46:15 48:4
**paul** 3:16,17 43:23,24
**pause** 25:16
**paying** 41:1
**penalties** 38:12
**penalty** 21:20
**people** 2:13 32:13 34:6,16 35:19
**percent** 16:19
**perfect** 25:20
**period** 17:14
**permitted** 5:2 18:16 19:24
**person** 10:16 13:5 14:2,2
**personal** 46:3
**perspective** 11:5,19,20 13:12
**phone** 45:22
**physically** 38:1
**piece** 32:19
**pieces** 32:20
**pin** 31:5
**place** 18:12 37:11
**places** 10:21
**plainclothes** 7:25
**plan** 45:13
**plate** 19:11
**please** 9:21,22 29:3 37:17 41:6
**point** 9:10 14:4 25:4,11,13 36:16 47:4
**police** 1:13 4:22 10:17 12:20 13:25 15:2 18:9 19:22,22 20:12 39:11,15 39:20 40:3,9 40:12,15 46:16
**policies** 12:22 13:11 26:12
**policy** 4:7 5:2 5:18 10:3,10 10:12,13,17,24 11:1,7,11,12,13 11:15,16,23,25 12:4,5,7,11,17 12:17,18,25 15:13,17 18:1 18:6,8,11,12,17 18:18,21,24 19:7,20,22,23 19:24 20:2,4,7 20:11,12,18,23 20:23,24,24 21:17,21 22:12 22:18,21,22,23 22:24 23:1,12 23:12,15,16 24:21,23 25:21 25:24 26:11 27:13,13,19 29:17 35:20 38:13 40:9,17 41:11,16 42:8 42:15
**possible** 33:12 45:6
**posted** 29:13
**potentially** 24:14
**power** 14:17 15:10
**practical** 17:19 31:4
**practice** 21:16 47:22
**present** 2:18,21 2:24 3:2,4,6,9 3:12,14,20,22
**presented** 20:12 29:8
**pretty** 37:13
**previous** 42:1
**private** 15:3
**probably** 16:6 18:4 24:15 34:11 46:8
**problem** 14:14 14:23 16:9 27:6 45:24
**procedural** 24:19
**proceedings** 49:5
**process** 6:8,12 23:11
**processes** 45:15
**procurement** 33:22

**professional** 32:8 33:3
**proposal** 5:11
**propose** 5:18
**proposed** 6:2
**protect** 6:5
**protective** 6:4 6:11 30:16
**provide** 4:8
**provided** 42:5
**public** 15:18 22:3,14 46:25
**pulled** 38:17
**punishable** 21:12
**purpose** 9:24 9:25
**purposes** 28:8 33:12
**push** 16:20 24:24 37:7
**put** 20:22,24 23:9,11 26:15 30:4,19 31:2 32:2,19,20 33:6,7,9 37:11 46:14
**putting** 31:5

**q**

**qualify** 40:12
**question** 10:5 14:13 15:8,14 24:19 26:9,23 28:6,16 34:4 45:8
**questions** 8:17 9:18 14:5 27:25 29:9 30:11 37:16 38:5
**quick** 28:6 30:3 38:22 45:20 47:13 48:8
**quickly** 14:4
**quite** 10:13 20:21
**quorum** 3:25 4:11

**r**

**r** 49:1
**radcliffe** 3:18
**rain** 33:24 45:16 46:14
**raised** 8:17,18 26:21,22 36:16 47:16
**raising** 39:2
**rather** 23:7
**read** 13:13 14:19 18:22 21:11
**ready** 45:17
**real** 38:22 45:9 47:13
**realistically** 32:16 45:17
**really** 8:6 13:18 14:3 17:17 20:14 30:3 32:12 34:2 35:20 39:8
**reason** 11:4 15:17
**reasonably** 6:7
**receive** 13:16
**received** 4:13 4:21 5:17 7:21 8:13
**recent** 29:8
**recommend** 7:7 26:10 42:3
**recommendat...** 4:21 5:11,16 6:3,21 7:14 8:5 8:7,8 26:16
**recommendat...** 4:9,13,16 8:13 29:8 33:15,23 42:1,8
**recommended** 42:16
**recommending** 7:13
**record** 2:13 49:5
**reduced** 19:8 19:14
**redundancy** 21:2
**redundant** 6:13
**refer** 22:5
**referring** 11:8
**regard** 22:17
**regarding** 5:18 7:15 10:1
**regards** 31:10 45:8
**regular** 14:10 34:12
**regulation** 17:11 23:10,11 25:22 26:3
**regulations** 2:8 17:8,14 27:17 28:4
**relates** 37:16
**reluctantly** 43:5
**rely** 2:3
**remains** 4:2
**remarks** 27:2
**remember** 4:5 35:4
**remind** 46:24
**removable** 33:9
**removed** 5:13 5:14 37:22 38:5
**reporting** 37:21
**request** 41:10 41:10

**require** 7:1 19:10,11 41:21 44:20 46:6
**required** 9:7 12:13
**requirement** 18:6 32:24 34:19 46:8
**requirements** 13:17 26:7
**requires** 4:25 12:8
**rescue** 5:7
**respond** 38:1
**response** 28:3
**restriction** 20:8
**restrictive** 19:25
**review** 35:18 41:8 44:17
**reviewed** 29:12
**reworded** 8:8
**rich** 14:20
**richard** 2:1,11 3:6 4:1,19 6:9 6:17,20 8:16 9:21 14:3,21 15:25 16:5,22 19:1 21:1,24 22:7 23:18 25:8,15 26:17 26:20 27:6,21 28:5 29:2 30:1 35:12 36:5,8 36:14,20 37:15 38:14 39:1,5 41:5,14,20 42:10 44:6,11 45:5,21 47:4,8 47:12,15,25 48:12,16,19
**right** 3:23,24 4:20,21 6:17 12:14 13:1 15:18 16:25 20:10 26:8,17 28:18,25 31:12 32:9 34:15 35:9 37:9 38:6 38:9 39:5 40:10 42:12,20 44:8 47:20 48:16
**righty** 2:16
**road** 49:12
**roll** 2:12
**ronce** 2:18 30:2 31:1 32:5 33:11 35:3,8 36:12 41:18 42:19,22 43:1 45:4,6,20 46:4 47:3,7,10 48:6
**rosemary** 43:9
**row** 41:4
**rules** 14:10,11 15:23

**s**

**safely** 6:7,11
**safety** 4:25 15:18 22:3,15
**saw** 16:10 30:7 33:1
**saying** 12:10 13:2 17:16 18:4 24:5,13 30:20 33:21,21 36:4
**says** 6:11 7:22 8:6 12:4 13:14 18:17 19:9 20:2,19,22 24:8,15 25:2 27:11 30:13,14 31:25 32:1 35:1 39:22 40:8 46:16
**scene** 5:25
**scenes** 5:22
**scope** 2:6 29:16
**screen** 21:6 30:4
**search** 46:7
**seat** 41:4
**second** 42:10 42:11 45:1 48:14
**seconded** 47:19
**secondly** 19:7
**section** 4:23 5:20,20 6:10 7:23 8:11,21 9:25 10:1,3,4 10:20 17:25 27:25 28:11,12 29:5,19 31:22 37:20 38:4,7
**sections** 9:20 28:7 29:6,25 38:19
**security** 2:8 14:7 15:2 20:5
**see** 8:5 14:8,25 16:23 21:4 23:21 30:3,7 32:11 37:15 42:17 48:22
**seeing** 27:21
**seen** 15:19 32:12,14 34:7
**send** 33:12 34:20 36:2
**sending** 25:6 33:14
**sense** 10:13,19 11:2 13:2,4,12 18:24 20:21
**sent** 44:18
**separate** 8:11
**september** 1:15
**serving** 46:7
**sets** 19:12

**setting** 19:14
**several** 37:11
**shape** 12:24 25:25
**share** 36:1,1 44:21
**sheriff** 2:25 3:11 43:17
**sheriff's** 13:25 18:9
**sheriffs** 34:21
**shield** 33:5,7
**shier** 3:19,20 10:5,7,8 11:21 13:1 18:3 19:19 23:21 27:7,8 38:15 38:16,25 39:1 39:3 43:25 44:1
**shocked** 36:5
**short** 34:18
**sid** 34:9
**side** 24:6,6 33:5
**signature** 49:7
**silver** 4:1,4,20 6:9,14,18,21 8:17 9:2,13,18 9:23 10:7 11:3 12:9 15:15 16:1,22,23,24 21:3 22:8,9 25:19,21 27:23 27:24 28:10,19 28:21 29:1,2,4 30:10 31:13 32:23 34:14 35:6,10,22 36:22 37:4,6 37:17,19 38:23 39:13,21 40:6 40:14 41:6,8 41:24 42:3,13 44:9,19,25 45:3,19 46:23 47:21 48:10,14
**similar** 5:3
**simply** 18:2 26:10,13
**single** 24:8 46:20
**sir** 2:4,14 4:21 6:14,19 7:7 8:15 16:24 25:13 28:13,19 29:1,4 30:10 35:11 37:19 39:7
**situation** 5:6 37:23 38:3
**size** 45:25,25
**slight** 11:24
**small** 33:18
**smaller** 15:11
**smarter** 16:13
**soak** 46:15
**solutions** 49:11
**somebody's** 34:8
**somewhat** 22:14
**sonya** 49:3
**soon** 35:23
**sooner** 48:22
**sorry** 16:12 36:4 38:16 39:4 44:12 47:18
**sort** 46:5
**sounds** 2:1 13:21,23 26:17 44:6 48:19
**speaker** 2:4,14 3:24 14:19
**speaking** 23:23 24:7
**special** 3:15 26:12 28:2 43:22
**specific** 34:3 40:9
**specifically** 24:23 25:17 31:3,11 32:16 39:22 45:8
**spend** 32:2,6
**spirit** 29:16
**staff** 5:10 7:6 9:19 44:15
**stand** 7:16 29:9 38:5
**standalone** 17:6 21:23
**standard** 19:16
**standards** 1:13 9:14 19:25
**standing** 22:18
**standpoint** 12:14
**star** 48:3
**state** 14:16 15:9,10,11 18:13 24:9
**statement** 10:3 20:2
**states** 15:20,22
**statewide** 5:18
**status** 7:25
**statute** 15:16 15:16 16:3,9 22:6
**statutory** 46:8
**stencil** 31:23
**stenciling** 32:10
**stencils** 35:9
**stephen** 3:22 27:1 44:3 45:1 47:13 48:2,8 48:15
**straight** 28:1 38:8
**strain** 46:2
**stricken** 15:22 29:22,23

**strike** 16:7 47:6
**struck** 17:25
**structure** 14:14
**structured** 19:18
**stuff** 34:1
**style** 12:19 17:7
**subgroup** 8:3
**suggest** 16:4
**suite** 49:13
**supplement** 18:16 19:24 23:17
**supplemental** 23:1
**supplemented** 19:8,13
**supplements** 23:15
**supply** 46:2
**supremacy** 14:22 24:10
**sure** 2:12 18:12 25:15 26:25 28:24 30:6 40:21,25 42:24 44:24 45:19
**surgical** 6:4
**switch** 31:18
**sworn** 13:16

**t**

**t** 49:1,1
**table** 2:9 4:6
**tactical** 28:2
**tag** 46:18
**tags** 33:4 46:12
**take** 7:3,17 8:23 9:5,11 14:20 22:21 26:1,11,13 33:9
**taken** 28:1
**takes** 24:6
**talk** 2:6 10:25 13:2,4 28:11 28:12 40:7 45:22
**talked** 7:6 31:10,14
**talking** 10:15 18:23 23:22 28:10 30:8 31:4 32:7,13 34:2,12 41:25
**technicians** 5:22
**tell** 24:2 26:4 32:25
**temporarily** 5:1,5,12,14 37:24
**term** 34:18,18 35:23
**tex** 46:16
**text** 20:17
**thank** 4:20 10:2 16:9 22:7 25:8 26:18,19 27:1 27:4,8 29:4 37:5,14,19 38:24,25 43:10 44:25 48:21
**thanks** 27:9,20
**that'd** 11:21
**thing** 6:13 8:19 14:4,22 18:15 20:20 29:21 33:22 36:13 37:1 40:15 46:19
**things** 2:5 9:13 16:25 17:10 19:2 20:6 37:12 47:1
**think** 10:1 14:7 15:14 16:16,19 18:21 21:8 27:14 35:13 41:21 45:11,18 45:23 47:20
**thinking** 9:8 27:10
**third** 10:16 13:4 14:2
**thought** 16:21 30:6 36:17 45:15
**threat** 4:24
**three** 2:5 4:10 7:4 29:24 34:6 34:11
**throw** 34:9
**throwing** 39:18
**throws** 31:8
**tightrope** 17:18
**time** 4:8,12 7:21 9:24 14:8 17:21,22 22:6 27:4 29:13 39:8 41:9
**times** 10:12 19:4
**tinker** 24:22
**today** 8:20
**took** 16:2,9 32:23 38:10
**topic** 27:22
**totally** 18:8 39:25
**towards** 16:20
**traffic** 30:9 34:13 37:12
**training** 1:13 13:16 20:12
**transcript** 49:4
**transmission** 6:5
**treat** 25:22
**tried** 17:17
**tries** 41:2
**true** 49:4

**trying** 16:20 45:9
**turn** 22:10
**turned** 4:10
**turning** 29:5
**two** 4:9 16:24 39:14 44:4
**type** 14:12 30:24 31:23 38:2

**u**

**under** 7:11 14:10 39:10 42:23
**undercover** 7:24 8:9
**understand** 12:9 13:14 15:8,10 16:6 19:3 21:18 30:6 31:16 33:2 39:24,25 40:10
**unfortunately** 35:11
**unidentified** 2:4,14 3:24 14:19
**uniform** 4:6 7:25 10:9 11:6 11:13,16,25 12:5,17,25 13:17 15:17 18:1 19:25 20:11 22:18 23:12 27:13 29:17,19 37:25 41:11 42:15
**uniformly** 15:22
**upset** 5:24 27:16
**use** 23:5,10 31:17 33:3
**used** 8:3,3 9:4 11:8 17:1 22:12,13,14
**using** 12:19 17:7
**usually** 46:21

**v**

**v** 4:23 7:23 8:21 29:19,22 38:19
**various** 23:25 37:12
**verbatim** 10:11 12:3 24:24 25:12 26:5
**veritext** 49:11
**versus** 14:10
**vest** 30:7,8,9 31:2,3,6,11,12 32:17,21 33:7 33:10,16 34:3 34:9 37:1 45:16
**vests** 30:23 32:3,4 33:19 37:12
**vi** 37:20 38:20
**vii** 38:7
**violating** 21:21
**violation** 16:15 21:12 28:8,9 28:17 39:9,10 40:16,16,17
**violations** 40:2
**virtue** 37:10
**visible** 6:23 7:2 7:10 32:1
**visual** 29:19
**vote** 41:10 42:13 45:7
**voted** 47:20
**votes** 47:24

**w**

**walk** 17:17
**want** 5:24 9:12 9:15 11:14 18:19 20:6 21:16,22 30:5 34:3 36:15 37:7 41:3 44:13 45:14 46:15 47:2
**wanted** 23:20 38:4
**wants** 22:25 23:4,5 25:23
**warrant** 46:7
**waste** 27:4
**water** 5:7
**way** 7:2 12:15 12:24 17:4 19:18 21:11 23:7 25:25 30:21 32:4 48:9
**wayne** 4:4,20 6:14,18,21 9:2 9:13,18,23 10:7 11:3 12:9 15:15 16:1,24 21:9 22:9 25:19,21 27:24 28:10,19,21 29:1,4 30:10 31:13 32:6,23 34:14 35:6,10 35:22 36:22 37:4,6,19 38:23 39:13,21 40:6,14 41:8 41:24 42:3,13 44:9,19,25 45:3,19 46:23 47:21 48:10,14
**ways** 34:18
**we've** 6:15 15:19 17:17 31:14 37:11

**wear** 34:13
**wearing** 30:14
**weather** 30:23 32:11
**week** 4:11
**weeks** 4:9,10 34:6
**went** 29:24 46:5
**whatever's** 21:17
**wholesale** 10:23 18:18
**winter** 37:13
**word** 23:4
**wording** 35:16
**words** 5:23 19:9 26:1
**work** 48:20,21
**workforce** 23:24 24:2
**working** 7:24 8:20
**works** 21:17
**worn** 31:18
**write** 11:6,12 12:11,12,22 13:21 17:5,8 31:22 42:24 43:6
**writing** 12:18
**written** 10:23 11:18 12:19 13:5,9 14:1 18:18,20 30:22
**wrong** 21:10
**wrote** 6:22 17:4 17:7 38:9

**x**

**x** 19:21 33:19

**y**

**y** 33:20
**yates** 3:21,22 21:3 25:9 26:20 27:1 44:2,3 45:1,12 47:13,15,16,25 48:2,8,15
**yeah** 9:4,17 10:8 34:19 35:23 39:13 44:14 45:21 47:10
**year** 34:11
**yeas** 44:6
**york** 15:20
**young** 23:24 24:2
**yup** 21:7 42:14

**z**

**z** 33:20
**zero** 16:18