# Ex. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04110-JRR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MARYLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF GEORGE R. NADER, CHIEF OF POLICE**

I, George R. Nader, declare as follows:

1. I am the Chief of Police of the Prince George's County Police Department (the "Department"). I have served in that position since June 17, 2025. I submit this declaration in support of Defendant Prince George's County, Maryland's Motion to Dismiss Count II and Opposition to Plaintiff's Motion for Preliminary Injunction.

2. I make this declaration based on my personal knowledge, on a review of records maintained by the Department, and on information made known to me in the course of my official duties. A search conducted in the Department's PremierOne Records Management System for citation, arrest, charging and referral records against any law enforcement officer under § 18-124 between April 29 through October 1, 2026 yielded negative results. This was verified by Sgt. Tanner J. Fellrath #3225, Officer in Charge, Joint Analysis Intelligence Center, PremierOne RMS Administrator, Bureau of Homeland Security on October 23, 2026. If called as a witness, I could and would testify competently to the matters stated here.

3. I am familiar with § 18-124 of the Prince George's County Code, which was repealed and reenacted by Council Bill CB-008-2026 and took effect on April 29, 2026, and with 2026 Md. Laws ch. 612, which took effect on October 1, 2026.

4. Before Council Bill CB-008-2026 was enacted, the Department advised the County Council that it "will not be able to enforce this on another police department or a federal agency," and that "County Police Officers cannot interfere in a federal agent/officer's performance of their duties." ECF No. 1-4 at 13. The Department's position was submitted on February 27, 2026 and then again on March 13, 2026 when the request was made to include the Department's position in the Council's virtual binder for Council Bill CB-008-2026. StacyAnn Llewellyn, Police Legal Advisor, authored and submitted the Department's position.

5. From April 29, 2026 through October 1, 2026, no federal law enforcement officer was cited, arrested, or charged under § 18-124 by the Department, and the Department referred no federal law enforcement officer to any prosecuting authority for a violation of § 18-124. This was verified by Sgt. Tanner J. Fellrath #3225, Officer in Charge, Joint Analysis Intelligence Center, PremierOne RMS Administrator, Bureau of Homeland Security on October 23, 2026.

6. To my knowledge, during that period no Department officer attempted to enforce § 18-124 against any federal law enforcement officer. This was verified by Sgt. Tanner J. Fellrath #3225, Officer in Charge, Joint Analysis Intelligence Center, PremierOne RMS Administrator, Bureau of Homeland Security on October 23, 2026.

7. Since October 1, 2026, the Department has implemented the Maryland Police Training and Standards Commission's Face Coverings and Identification Uniform Policy. Chief's Special Order CSO #26-002, Volume I, Chapter 36. Uniform & Grooming Regulation was approved as a departmental directive and published to all sworn and civilian personnel in PoliceOne Academy on October 2, 2026.

8. The Department will take no action to enforce § 18-124 against any federal law enforcement officer, including for conduct that occurred before October 1, 2026. The Department will give the Court and the United States notice, through the County Attorney, before any change in this position.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. 28 U.S.C. § 1746.

Executed on Oct 26, 2026, 2026.

George Nader (Oct 26, 2026 11:35:19 EDT)

George R. Nader
Chief of Police
Prince George's County Police Department
8801 Police Plaza
Upper Marlboro, Maryland 20772