# Ex. 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04110-JRR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MARYLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF TARA H. JACKSON, STATE'S ATTORNEY FOR PRINCE GEORGE'S COUNTY**

I, Tara H. Jackson, an individual over the age of 18 and competent to testify, declare as follows:

1. I am the State's Attorney for Prince George's County, Maryland. I have served in that position since June 18, 2025. My office is located at 14735 Main Street, Suite M3403, Upper Marlboro, Maryland. I submit this declaration in connection with Defendant Prince George's County, Maryland's Motion to Dismiss Count II and Opposition to Plaintiff's Motion for Preliminary Injunction.

2. My office is responsible for prosecuting criminal offenses committed in Prince George's County, including misdemeanors under the Prince George's County Code. Md. Code Ann., Crim. Proc. § 15-102.

3. I make this declaration based on my personal knowledge, on my review of records maintained by my office, and on information made known to me in the course of my official duties. I charged Deputy State's Attorney Jared McCarthy to review with the District Court Unit Chief and the Public Integrity & Special Prosecutions Unit Chief whether any such prosecutions or referral for prosecutions have transpired from April 29, 2026 to the date of this Declaration. The Office's case management system, Judicial Dialogue, would not reflect a negative. No such prosecutions or referrals have transpired in this Office. If called as a witness, I could and would testify competently to the matters stated here.

4. I am familiar with § 18-124 of the Prince George's County Code, which was repealed and reenacted by Council Bill CB-008-2026 and took effect on April 29, 2026, and with 2026 Md. Laws ch. 612, which took effect on October 1, 2026.

5. From April 29, 2026 through the date of this declaration, my office has received no referral of, and has filed no charge against, any federal law enforcement officer for a violation of § 18-124.

6. My office will file no charge under § 18-124 against any federal law enforcement officer, including for conduct that occurred before October 1, 2026. It is my position that § 18-124 is preempted by Chapter 612 of the Laws of Maryland. My office will give the Court and the United States notice before any change in this position.

7. I am the appointed authority for the Prince George's County State's Attorney's Office and have the authority to make the commitments set forth in the preceding paragraph on behalf of my office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct. 28 U.S.C. § 1746.

Executed on 10/26/26, 2026.

Tara H. Jackson
State's Attorney for Prince George's County
14735 Main Street, Suite M3403
Upper Marlboro, MD 20772