**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland, MARYLAND POLICE TRAINING AND STANDARDS COMMISSION, PRINCE GEORGE'S COUNTY, MARYLAND, and MONTGOMERY COUNTY, MARYLAND,<br><br>Defendants. | Civ. No. 1:26-cv-04110-JRR |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PRINCE GEORGE's COUNTY, MARYLAND AND [PROPOSED] ORDER**

Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(2), Plaintiff the United States of America and Defendant Prince George's County, Maryland ("Prince George's County"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. **Displaced Status and Inapplicability of Prince George's County Code § 18-124.** Prince George's County stipulates and confirms on the record that Prince George's County Code § 18-124 (enacted via Council Bill CB-008-2026) is displaced and preempted by Maryland law, Md. Code Ann., Pub. Safety § 3-207(p)(3), (q)(3) (2026), and is of no force or effect and unenforceable as applied to federal law enforcement agencies, officers, or personnel.

2. **Non-Enforcement Commitment.** For so long as Prince George's County Code § 18-124 remains preempted by Maryland law, Prince George's County, including its officers, employees, agencies, and departments, stipulates and agrees that it has never enforced and will

never enforce, cite, refer, prosecute, or seek to apply Prince George's County Code § 18-124 (nor invoke any savings provision that could be construed to preserve liability thereunder)—either prospectively or retroactively, for any conduct occurring before, on, or after October 1, 2026—against the Federal Government or any federal law enforcement agency, officer, agent, or personnel acting within the scope of their federal duties or authority. Nothing in this Stipulation restricts Prince George's County's authority over its own local police officers acting solely in their local capacity.

3. **No Admission.** This Stipulation and Order is entered solely to resolve Count II without further litigation expense and shall not be construed as an admission of liability or constitutional invalidity by Prince George's County, nor as a concession by the United States regarding the validity or applicability of Maryland Senate Bill 1 or the MPTSC Uniform Policy.

4. **Dismissal Without Prejudice of Count II.** In reliance upon the foregoing stipulations and commitments, Plaintiff the United States of America and Defendant Prince George's County stipulate to the dismissal of Count II of the Complaint (ECF No. 1) and Defendant Prince George's County from this action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

5. **Withdrawal of Pending Motions as to Prince George's County.** Upon entry of this Order, Defendant Prince George's County's Motion to Dismiss Count II and Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 16) is withdrawn as moot, and Plaintiff's Motion for a Preliminary Injunction (ECF No. 2) is withdrawn solely as to Defendant Prince George's County. Nothing in this Stipulation and Order affects Plaintiff's claims, arguments, or pending Motion for a Preliminary Injunction against any other Defendant in this action.

**SO STIPULATED AND AGREED:**

Dated: November 23, 2026

| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **FOR DEFENDANT PRINCE GEORGE'S COUNTY, MARYLAND:** |
| --- | --- |

Respectfully submitted,

_/s/ Robert O. Lindefjeld_
Robert O. Lindefjeld
Assistant Director
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

*Attorney for the United States*

_/s/ Erek L. Barron_ (signed by Robert O. Lindefjeld with permission from Erek L. Barron)
Erek L. Barron (Federal Bar No. 15693)
EBarron@mintz.com
Michelle N. Lipkowitz (Federal Bar No. 27188)
MNLipkowitz@mintz.com
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel: 202-434-7300

*Counsel for Prince George's County, Maryland*

**SO ORDERED:**

Dated: ________________, 2026

______________________________
JULIE R. RUBIN
United States District Judge